IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | Civil Action No. 04-222 E |
| vs. | : | |
| | : | Hon. Magistrate Judge |
| HONORABLE LES BROWNLEE, | : | Susan Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| Defendant. | : | |

### PLAINTIFF'S CONSENTED TO MOTION TO ENLARGE DISCOVERY AND ALL OTHER DEADLINES- 60 DAYS

**AND NOW**, comes Plaintiff, Evelyn L. McKinley, by and through her counsel, Neal A. Sanders, Esquire, of the Law Offices of Neal A. Sanders, and files this Plaintiff's Consented to Motion to Enlarge Discovery and All Other Deadlines - 60 Days and states as follows:

1. Discovery is set to be completed by August 1, 2005.

2. Both parties have engaged in written discovery.

3. Plaintiff has depositions to take in this wrongful termination case, consisting of: Charlie Brumbaugh, Tom Karns, Larry Flynn, Don Wetzel, Denys Smith, Beckie Miller, Arnold Fairbanks, and Dr. Garrett Dixon (Expert). There may be others.

4. Plaintiff is taking some of the depositions described in paragraph 3 on July 20, 2005.

5. Defendant is taking Plainiff's deposition on August 4, 2005.

6. Counsels have agreed that this case can be completed with fact discovery - a sixty (60) day extension.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Consented to Motion to Enlarge Discovery and All Other Deadlines - 60 Days and execute the attached Order.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: July 18, 2005    By: _____
Neal A. Sanders, Esquire
Counsel for Plaintiff,
Evelyn L. McKinley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of July, 2005, a true and correct copy of the foregoing **Plaintiff's Consented to Motion to Enlarge Discovery and All Other Deadlines - 60 Days**, was mailed by United States First Class Mail, postage prepaid, to the following:

Paul Kovac
Assistant U.S. Attorney
Western District of Pennsylvania
700 Grant Street, Suite 400
Pittsburgh, Pennsylvania 15219

Faxed 7/18/05

Dated: July 18, 2005       By: _____
Neal A. Sanders, Esquire
Counsel for Plaintiff,
Evelyn L. McKinley

LAW OFFICES OF NEAL A. SANDERS
1924 North Main Street Extension
Butler, Pennsylvania  16001

(724) 282-7771
PA ID No. 54618

LAW OFFICES OF

# NEAL A. SANDERS

1924 NORTH MAIN STREET EXT.
BUTLER, PENNSYLVANIA 16001
(724) 282-7771
FAX: (724) 285-6341

NEAL A. SANDERS*
DIRK D. BEUTH
*Admitted also in District of Columbia

July 18, 2005

FEDERAL EXPRESS

Clerk's Office
U.S. Post Office and Courthouse
Room 102
617 State Street
Erie, Pennsylvania 16501

RE: **Evelyn L. McKinley vs. Honorable Les Brownlee, Acting Secretary of the Army**
**Plaintiff's Consented To Motion to Enlarge Discovery and all other deadlines-60 days**    04-222 E

Dear Clerk:

Enclosed for filing please find the original and two (2) copies of the Plaintiff's Consented to Motion to Enlarge Discovery and all other Deadlines-60 Days, for the above referenced matter. Kindly date-stamp one of the copies and return to me in the enclosed self-addressed stamped envelope. Thank you.

Very truly yours,

By: _____
Neal A. Sanders, Esquire

Enclosure (s)
NAS/lmk

CC: Evelyn L. McKinley
    Paul Kovac, Esq