IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | Civil Action No. 04-222 E |
| vs. | : | |
| | : | Hon. Magistrate Judge |
| HONORABLE LES BROWNLEE, ACTING SECRETARY OF THE ARMY, | : | Susan Baxter |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon due consideration of Plaintiff's Consented to Motion to Enlarge Discovery and All Other Deadlines - 60 Days, said Motion is granted. Discovery to be completed by October 1, 2005. Dispositive Motions, if any, to be filed by November 12, 2005. Response to Dispositive Motions to be filed by December 12, 2005. (30 days of receipt).

BY THE COURT,

_____J