IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVELYN L. McKINLEY,** | ) | |
| Plaintiff | ) | **C.A. No. 04-222 Erie** |
| | ) | |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| **HONORABLE LES BROWNLEE,** | ) | |
| **ACTING SECRETARY OF THE ARMY,** | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 21st day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's "Consented to Motion to Enlarge Discovery and All Other Deadlines - 60 Days" [Document # 17] is GRANTED. Discovery is to be completed by October 1, 2005; dispositive motions, if any, are to be filed by November 12, 2005; and responses to dispositive motions are to be filed by December 12, 2005.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge

cc:   All parties of record