IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | |
| | : | Hon. Magistrate Judge |
| HONORABLE LES BROWNLEE, | : | Susan Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon due consideration of Plaintiff's Motion for Enlargement of Time and Extend All Deadlines, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted. Discovery will end on or by November 30, 2005; dispositive motions, if any, are to be filed by January 12, 2006; and responses to dispositive motions are to be filed by February 12, 2006.

BY THE COURT,

_____ J