IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN L. McKINLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) C.A. No. 04-222 ERIE |
| HONORABLE LES BROWNLEE, | ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 16th day of September, 2005, a Motion to Extend Time for Deadlines (Doc. #19) having been filed by Plaintiff,

IT IS HEREBY ORDERED that Defendant shall have until September 26, 2005 to file a response thereto.

                                S/Susan Paradise Baxter
                                Susan Paradise Baxter
                                Chief U.S. Magistrate Judge

cm: All parties of record