```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| EVELYN McKINLEY,            ) | |
|                                ) | Civil Action No. 04-222E |
|     Plaintiff,         ) | |
|                                ) | Honorable Susan Paradise |
|                                ) | Baxter |
|                                ) | U.S. Magistrate Judge |
|     v.                  ) | |
|                                ) | ELECTRONICALLY FILED |
| R. L. BROWNLEE, Acting   ) | |
| Secretary of the Army,   ) | |
|                                ) | |
|     Defendant.        ) | |

**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION**
**FOR ENLARGEMENT OF TIME AND EXTENSION OF ALL DEADLINES**

AND NOW, comes Defendant, R. L. Brownlee, Acting Secretary of the Army, by and through his attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, Assistant United States Attorney for said District, and respectfully responds to this Court's Order of September 16, 2005, as follows:

Defendant does not oppose Plaintiff's Motion for Enlargement of Time and the Deadlines stated in the proposed Order accompanying Plaintiff's Motion.

                                          Respectfully submitted,

                                          MARY BETH BUCHANAN
                                          United States Attorney

                                          s/Paul D. Kovac
                                          PAUL D. KOVAC
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          700 Grant Street, Suite 4000
                                          Pittsburgh, PA 15219
                                          (412) 894-7489

Dated:  September 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME AND EXTENSION OF ALL DEADLINES" was electronically filed and/or served by first-class mail, postage-prepaid, on this 19th day of September, 2005, on the following:

>Neal A. Sanders, Esquire
>Counsel for Plaintiff
>Law Office of Neal Alan Sanders
>1924 North Main Street Extension
>Butler, PA 16001

>s/Paul D. Kovac
>PAUL D. KOVAC
>Assistant U.S. Attorney