IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN McKINLEY, | ) |
| | ) Civil Action No. 04-222E |
| Plaintiff, | ) |
| | ) Honorable Susan Paradise Baxter |
| v. | ) Chief Magistrate Judge |
| | ) |
| R. L. BROWNLEE, Acting | ) ELECTRONICALLY FILED |
| Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2005,

IT IS HEREBY ORDERED that Defendant's Consent Motion to Extend Discovery Based Upon Newly Discovered Evidence is GRANTED.

IT IS FURTHER ORDERED that Discovery will end on December 30, 2005; that summary judgment motions, if any, shall be filed no later than February 13, 2006; that any opposition to a summary judgment motion shall be filed no later than March 13, 2006; and that any reply shall be filed no later than March 27, 2006.

_____
CHIEF MAGISTRATE JUDGE

cc: All parties