```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EVELYN McKINLEY, | ) | |
| | ) | Civil Action No. 04-222E |
|     Plaintiff, | ) | |
| | ) | Chief Magistrate Judge |
| v. | ) | Susan Paradise Baxter |
| | ) | |
| R. L. BROWNLEE, Acting | ) | ELECTRONICALLY FILED |
| Secretary of the Army, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2006,

IT IS HEREBY ORDERED that Defendant's Consent Motion for Extension of Time to File Summary Judgment Motion is GRANTED.

IT IS FURTHER ORDERED that Summary Judgment Motions shall be filed no later than March 13, 2006; that any opposition to a Summary Judgment Motion be filed no later than April 13, 2006; and that any reply be filed no later than April 27, 2006.

 

_____
CHIEF MAGISTRATE JUDGE


cc:  All counsel