### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Magistrate Judge |
| HONORABLE LES BROWNLEE, | : | Susan Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Dirk Beuth as co-counsel on behalf of the  Plaintiff, Evelyn McKinley, in the above referenced matter.

Respectfully Submitted,

LAW OFFICES OF NEAL A. SANDERS

By: /s/ Dirk Beuth
    Dirk Beuth, Esquire
    PA Id. No. 76036
    Co-Counsel for Plaintiff,
    Evelyn McKinley

    1924 North Main Street Ext.
    Butler, PA 16001
    (724) 282-7771
    dbeuth@penn.com