IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN McKINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-222E |
| v. ) | |
| ) | Honorable Chief Magistrate |
| ) | Judge Susan Paradise Baxter |
| R. L. BROWNLEE, Acting ) | |
| Secretary of the Army, ) | ELECTRONICALLY FILED |
| ) | |
| Defendant. ) | |

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion for Summary Judgment filed by Defendant, and upon consideration of Plaintiff's response thereto, and all other pertinent papers,

IT IS HEREBY ORDERED that said Motion is GRANTED and judgment be, and hereby is, entered in favor of the Defendant, R. L. Brownlee, Acting Secretary of the Army, and against Plaintiff, Evelyn McKinley, on all of the claims set forth in the above-captioned action.

_____
J.

cc: All counsel