```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| EVELYN McKINLEY, | ) |
| | ) Civil Action No. 04-222E |
| Plaintiff, | ) |
| | ) Honorable Chief Magistrate Judge |
| | ) Susan Paradise Baxter |
| v. | ) |
| | ) |
| R. L. BROWNLEE, Acting | ) |
| Secretary of the Army, | ) |
| | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S APPENDIX OF EXHIBITS (A-G)**
**IN SUPPORT OF SUMMARY JUDGMENT MOTION**

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul D. Kovac
PAUL D. KOVAC
Assistant U.S. Attorney
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7489

Dated:  March 13, 2006           Counsel for Defendant

Of Counsel:
Major Kwasi Hawks
U.S. Army
Litigation Attorney