# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN MCKINLEY | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-222 E |
| | ) | |
| LES BROWNLEE | ) | |
| Defendant | ) | |

### DECLARATION OF JOSEPH SHARKEY.

1.    I, Joseph Sharkey, make the following declaration pursuant to the provisions of 28 U.S.C. § 1746. I understand that this declaration is the equivalent of an affidavit.

2.    I am an Administrative Officer for the 99th Regional Readiness Command ("RRC"), located in Coraopolis, PA. Among my duties is to coordinate new position announcements ("job postings") for installations and equipment sites which are assigned to the 99th RRC, to include Equipment Concentration Site ("ECS") 103 in Conneaut Lake, PA. I also serve as the records custodian for the records of recruiting actions at ECS 103.

3.    In October and November of 2005 I conducted an exhaustive search of records maintained by the 99th RRC. I looked for any job announcements from the time period March 16, 2003 through February 7, 2004.

4.    Based upon my research, I found two positions that were open, funded, and advertised for the time period March 16, 2003 through February 7, 2004. The first position was a Supply Technician position that was initially advertised in August 2003 and ultimately filled by Michael Pennington effective December 14, 2003. See Attach. A (Pennington Appointment Documents); see also Attach. B (Supply Technician – Position Description). The second position was also was also a Supply Technician position that was initially advertised in December 2003

and ultimately filled by John Lanford effective April 18, 2004. Attach. C (Lanford Appointment Documents).

5.    There was also a third position, Materials Handler (MVO), that was open in August 2003. See Attach. D (ECS 103 – Vacancy Chart); see also Attach E (Materials Handler (MVO) – Position Description). However, to the best of my knowledge there was no funding for this position and it was never filled during the time period March 16, 2003 through February 7, 2004.

6.    In accordance with staffing regulations that govern the positions advertised above, each position was available through the Military Technician Program. See Attachment F (Description of Program). As a condition of employment under this program, each position must be filled by a military technician who maintained the "dual status" of also serving as a reservist in the Army Reserve. See 10 U.S.C. § 10216; 32 U.S.C. § 709. Michael Pennington and John Lanford, the eventual hirees for the positions advertised above, were military technicians who also served in the Army Reserves. Attach. A at p. 3 (Pennington's condition of employment required him "to maintain active reserve membership in the selected reserve, meet both military and civilian skill compatibility, and satisfy the military membership requirements of AR 14-315."); Attach C at p. 2 (Lanford Reserve Membership Certificate).

7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 U.S.C. § 1746).

Executed on: 9 March 2006

Joseph R. Sharkey,
Administrative Officer,
99th RRC

ATTACHMENT A

(Pennington Appointment Documents)

# APPOINTMENT AFFIDAVITS

_Supply Technician_
**(Position to which Appointed)**

_14 Dec 2003_
**(Date Appointed)**

_Department of the Army   99 RRC   103 ECS_
**(Department or Agency)          (Bureau or Division)**

_Conneaut Lake PA_
**(Place of Employment)**

I, _Michael Arthur Pennington_ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; That I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which II am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**(Signature of Appointed)**

Subscribed and sworn (or affirmed) before me this _7_ day of, _November_ , 2003

at _Butler_                    _PA_
        **(City)**                    **(State)**

**(Signature of Officer)**

**(SEAL)**

Commission expires _N/A_
**(If by a Notary Public, the date of his/her Commission should be shown)**

_CPT, IN   Commanding_
**(Title)**

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 3

## REQUEST FOR PERSONNEL ACTION

**PART A – Requesting Office (Also complete Part B, Items 1, 7–22, 32, 33, 36, and 39.)**

| 1. Actions Requested<br>Appointment | 2. Request Number<br>03AUG3DE009900378228 |
|---|---|

| 3. For Additional Information Call (Name and Telephone Number)<br>Joseph R. Sharkey    412–604–8303 | 4. Proposed Effective Date<br>09–21–2003 |
|---|---|

| 5. Action Requested By (Name, Title, Signature, and Request Date)<br>Joseph R. Sharkey<br>ADMINISTRATIVE OFFICER    08–25–2003 | 6. Action Authorized By (Name, Title, Signature, and Concurrence Date)<br>Joseph R. Sharkey<br>ADMINISTRATIVE OFFICER    08–25–2003 |
|---|---|

**PART B – For Preparation of SF 50 (Use only codes in FPM Supplement 292–1. Show all dates in month–day–year order.)**

| 1. Name (Last, First, Middle)<br>PENNINGTON, MICHAEL ARTHUR | 2. Social Security Number<br>166–62–3900 | 3. Date of Birth<br>05–14–1976 | 4. Effective Date<br>12–14–2003 |
|---|---|---|---|

### FIRST ACTION

| 5–A. Code<br>170 | 5–B. Nature of Action<br>Excepted Appointment |
|---|---|
| 5–C. Code<br>J8M | 5–D. Legal Authority<br>Reg 307.103 |
| 5–E. Code | 5–F. Legal Authority |

### SECOND ACTION

| 6–A. Code | 6–B. Nature of Action |
|---|---|
| 6–C. Code | 6–D. Legal Authority |
| 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number<br>SUPPLY TECHNICIAN<br>10637 – 443836 |
|---|---|

| 8. Pay Plan | 9. Occ.Code | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18.Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21. Pay Ba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2005 | 05 | 01 | $25,697.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $23,442.00 | $2,255.00 | $25,697.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization<br>99TH RRC<br>ECS 103<br>CONNEAUT LAKE, PA 16316<br>CORAOPOLIS, PA        99RG |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference<br>1<br>1 – None   3 – 10–Point/Disability   5 – 10–Point/Other<br>2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | 24. Tenure<br>2<br>0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES  X  NO |
|---|---|---|---|

| 27. FEGLI<br>C0   Basic only | 28. Annuitant Indicator<br>9   Not Applicable | 29. Pay Rate Determinant<br>0 |
|---|---|---|

| 30. Retirement Plan<br>N   FERS and FICA–Reserve Tech | 31. Service Comp. Date (Leave)<br>04–11–2003 | 32. Work Schedule<br>F   Full–Time | 33. Part–Time Hours Per<br>Biweekly Pay<br>Period |
|---|---|---|---|

### POSITION DATA

| 34. Position Occupied<br>2<br>1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | 35. FLSA Category<br>N<br>E – Exempt<br>N – Nonexempt | 36. Appropriation Code<br>115R2000000 | 37. Bargaining Unit Status<br>AR4570 |
|---|---|---|---|

| 38. Duty Station Code<br>421590039 | 39. Duty Station (City – County – State or Overseas Location)<br>CONNEAUT LAKE / CRAWFORD / PENNSYLVANIA |
|---|---|

| 40. Agency Data<br>PEM | 41.<br>PON# OA | 42. | 43. | 44.<br>TDA DATA HR/W0FCAA/8031/15 |
|---|---|---|---|---|

| 45. Educational Level<br>04 | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class<br>00 | 49. Citizenship<br>1   1–USA  8–Other | 50. Veterans Statu<br>X | 51. Supervisory Status<br>8 |
|---|---|---|---|---|---|---|

**PART C – Reviews and Approvals (Not to be used by requesting office.)**

| | 1. Office/Function | Initials/Signature | Date | | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|---|---|
| A. | | Hook, Dianna L | 09–05–2003 | D. | | Cooper, Nancy E | 12–16–20 |
| B. | | Brownwinchell, Denise A | 09–05–2003 | E. | | | |
| C. | | Blackburn, Lori Ann | 12–12–2003 | F. | | | |

| 2. Approval: I certify that the information entered on this form is accurate and that the<br>proposed action is in compliance with statutory and regulatory requirements. | Signature<br>Nancy E. Cooper<br>AUTHORIZING OFFICIAL | Approval Da<br>09–24–20 |
|---|---|---|

CONTINUED ON REVERSE SID
52–119

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–62

2

**PART D – Remarks by Requesting Office**

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)   ☐ YES   ☐ NO

PPP CLEARED ENC3A61 (10/21/2003) CLOSED 12/16/2003; SCT CLEARED NONE (07/23/2003);
RPL CLEARED NONE (12/15/2003)
SELECTED FROM NCDE034686 DATED 09/24/2003.
421590039 CONNEAUT LAKE PA
Reference:  EMERGENCY RPA # 03–JUL–22–99–002.
USARC Resource Integration Office – LAndersen – 9–02–03

**PART E – Employee Resignation/Retirement**

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue

regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations.
Your resignation/retirement is effective at the end of the day – midnight – unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, Zip Code) |
|---|---|---|---|
|  |  |  |  |

**PART F – Remarks for SF 50**

| | |
|---|---|
| A03 | This appointment is intended to continue for 2 years. Upon satisfactory completion of 2–year trial period, you will be noncompetitively converted to career–conditional appointment. If performance is not satisfactory, or you fail to satisfactorily complete program, employment will be terminated. |
| M01 | Appointment affidavit executed 07–NOV–2003. |
| M10 | OPF maintained by North Central Civilian Personnel Operations Center, Rock Island IL 61299–7650. |
| M38 | Frozen Service: 00 YRS 00 MOS |
| M39 | Creditable Military Service: 00 YRS 08 MOS |
| M40 | Previous retirement coverage: never covered. |
| M45 | Employee is automatically covered under FERS. |
| ZZZ | As a condition of employment, you are required to maintain active reserve membership in the selected reserve, meet both military and civilian position skill compatability, and satisfy the military membership requirements of AR 140–315. |

3

## VETERANS READJUSTMENT APPOINTMENT AGREEMENT

1.  I, _MICHAEL A. PENNINGTON_, having been selected for a Veterans
        (Name of Employee)
Readjustment Appointment of the position of _Supply Technician_
                                              (Position title/grade)
in the _99th RRC, ECS 103_,
                    (Directorate/Command)
agree to participate in a suitable developmental program of education and/or

training while serving under this appointment as a condition of employment in

this position.

2.  I understand that this developmental plan is to be prepared jointly by my

supervisor and myself and approved by the Chief, Benefits and Service

Division, Directorate of Civilian Personnel.  Training and education included

in the plan will be of a type meaningful to me and consistent with the needs

of the Department of the Army and the _99th RRC, ECS 103_
                                              (Directorate/Command)
and will be attainable within two years.

3.  I further understand that my appointment will be converted to a

Career-Conditional Appointment within 30 days after I have completed two years

of service, provided my performance has been satisfactory and the

education/training on my plan has been satisfactorily completed.

4.  I recognize that failure to meet conditions of this agreement may be

grounds for removal from my position.

_____
                              (Employee)


_21 SEP 03_
                              (Date)

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| PENNINGTON, MICHAEL ARTHUR | | 166–62–3900 | 05–14–1976 | 12–14–2003 |

| FIRST ACTION | | | SECOND ACTION | |
|---|---|---|---|---|
| 5–A. Code  170 | 5–B. Nature of Action  Excepted Appointment | | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code  J8M | 5–D. Legal Authority  Reg 307.103 | | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPPLY TECHNICIAN  10637 – 443836 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2005 | 05 | 01 | $25,697.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $23,442.00 | $2,255.00 | $25,697.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | 99TH RRC  ECS 103  CONNEAUT LAKE, PA 16316  CORAOPOLIS, PA          99RG |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None    3 – 10–Point/Disability    5 – 10–Point/Other<br>2 – 5–Point    4 – 10–Point/Compensable    6 – 10–Point/Compensable/30% | 2 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic only | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| N  FERS and FICA–Reserve Tech | 04–11–2003 | F  Full–Time | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | N  E – Exempt<br>N – Nonexempt | 115R2000000 | AR4570 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 421590039 | CONNEAUT LAKE / CRAWFORD / PENNSYLVANIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| PEM | PON# OA | | | TDA DATA HR/W0FCAA/803I/15 |

### 45. Remarks

This appointment is intended to continue for 2 years. Upon satisfactory completion of 2–year trial period, you will be noncompetitively converted to career–conditional appointment. If performance is not satisfactory, or you fail to satisfactorily complete program, employment will be terminated.

Appointment affidavit executed 07–NOV–2003.

OPF maintained by North Central Civilian Personnel Operations Center, Rock Island IL 61299–7650.

Frozen Service: 00 YRS 00 MOS

Creditable Military Service: 00 YRS 08 MOS

Previous retirement coverage: never covered.

Employee is automatically covered under FERS.

As a condition of employment, you are required to maintain active reserve membership in the selected reserve, meet both military and civilian position skill compatability, and satisfy the military membership requirements of AR 140–315.

| 46. Employing Department or Agency  U.S. Army Reserve Command (ARHR) | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code  ARHR    48. Personnel Office ID  2241    49. Approval Date  12–16–2003 | Nancy E. Cooper  AUTHORIZING OFFICIAL |

5–Part 50–316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

5

ATTACHMENT B

(Supply Technician - Position Description)

# Position Description

**PD#:** DE10637
**Shred:** Varies

**Supply Technician**
**GS-2005-05**

**Replaces PD#:**

**Installation:** Varies

**Major Command:** Varies
**Region:** Varies

**Citation 1:** OPM PCS Supply Cler & Tech Series, GS-2005, May 92

**PD Library PD:** No
**COREDOC PD:** No

**Classified By:** Ft. McCoy CPO
**Classification Date:** 9/1/98

| | | |
|---|---|---|
| **FLSA:** | **Drug Test Required:** | **CIPMS PD:** |
| **Career Program:** | **Financial Disclosure Required:** | **Acquisition Position:** |
| **Functional Code:** | **Requires Access to Firearms:** Varies | **Interdisciplinary:** |
| **Competitive Area:** Varies | **Position Sensitivity:** Varies | **Target Grade/FPL:** 05 |
| **Competitive Level:** Varies | **Emergency Essential:** Varies | **Career Ladder PD:** |

MAJOR DUTIES

Performs various duties concerned with the requisitioning, receipt and control of supply items.

1. Prepares, reviews and edits requisitions for completeness, accuracy and compliance with regulations; assures stock numbers, prices, sources of supply, priorities and other data are correct through the use of Army Master Data File (AMDF), Supply Bulletins (SBs), supply letters, regulations, etc. Revises quantities ordered based on number of items on hand, and reviews records for possible substitution of items; recommends local purchase when appropriate. Contacts Supply Division, Maintenance Division, MATES, AMSAs, etc., for assistance in obtaining items not in stock. Selects and maintains appropriate document registers and document files, to include repair parts, expendables, Petroleum, Oils and Lubricants (POL), Property Book and unit shortages. Transcribes document register information (to include cost) to computer disk, for use by higher headquarters. Screens due-out reconciliation listing and prepares cancellation and follow up documents. Selects and monitors expendable items procured from Country Store and Self Service Supply Center (SSSC).
Approx. 25%

2. Researches stock, part or manufacturers number for hard to locate items. Conducts extensive and exhaustive searches for parts and information on certain parts and equipment. Locates urgent or critical shortage items. May be required to bypass the system by entering a specific code on the special request. Works from regulations that are general in nature. Adapts or applies precedents to new or unique situations.
Approx. 15%

3. Compares packing lists, receipt documents, bills of lading, inspection reports, and other documents with purchase orders or requisitions to verify accuracy of stock identification, quantity,

UNCLASS

cost and other pertinent data. Prepares material receipt documentation for those shipments having no major discrepancies. Investigates receipt documents involving discrepancies such as: overages, substitutes, etc.; examines authorizations, charges, inspection reports, pricing guides, and other files to ascertain source of variance. Contacts inspection, purchasing and other organizations to gather information on discrepancies. Accepts or rejects material based on investigation and in accordance with standard procedures. Furnishes information to other personnel for continued investigation. Processes receipt transactions for completion of action.
Approx. 30%

4. Assists in physical inventory of repair parts. Computes reorder points and notes any special circumstances. Prepares inventory adjustments for discrepancies disclosed by physical inventories, transfer of material, location changes, condition changes, etc., investigates the activity (receipts, issues, etc.) on items by searching summaries, activity register, and other reference sources. Prepares inventory adjustments when the cause of discrepancy is determined. Prepares turn-in documents for obsolete or excess inventory.
Approx. 20%

5. Collects data for the preparation of Report of Survey. Maintains and prepares records, reports and files relative to work being performed. As necessary, assists Tools and Parts Attendants in the storage and issue of repair parts and special tools to shop repairmen.
Approx. 10%

Supports the strength maintenance effort of the unit to which assigned and the USAR by responding to questions concerning the USAR and referring individuals interested in the Reserve to appropriate recruiting and/or reenlistment authorities.

Performs other duties as assigned.

FACTOR 1. KNOWLEDGE REQUIRED BY THE POSITION - Level 1-4 - 550 POINTS

Position uses a knowledge of the Army supply system, mission, and program requirements to plan and accomplish work. Knowledge of applicable supply regulations, policies, and procedures are used to complete assignments and resolve typical operating problems. Knowledge of the inventory system is used to conduct periodic and special inventories to account for property.

FACTOR 2. SUPERVISORY CONTROLS - Level 2-2 - 125 POINTS

Works under general supervision. Assignments are given in terms of work priorities and general quality and quantity of work expected. The incumbent carries out recurring assignments independently within established policies, procedures and directives. New, difficult, or unusual assignments are referred to the supervisor or higher-grade employee for assistance or resolution. Completed work is reviewed for adequacy, accuracy, and conformance to established procedures.

FACTOR 3. GUIDELINES - Level 3-2 - 125 POINTS

The incumbent deals with a variety of supply regulations, policies, and procedures in accomplishing day-to-day work. The incumbent uses judgement in locating and selecting the guidelines applicable to the current situation. The guidelines may have to be adapted to specific cases. Situations requiring significant deviations from existing guidelines are referred to the supervisor or higher graded technician.

FACTOR 4. COMPLEXITY - Level 4-2 - 75 POINTS

The work involves the performance of recurring aspects of technical supply duties to secure parts. By-pass of the normal or standard supply procedures may be required to obtain critical or urgent parts. The incumbent works within the framework of established supply regulations

policies, and procedures. The incumbent advises the supervisor of shortages and other supply problems, recommending proper action. Decisions regarding what needs to be done are based upon options related to the assignment.

FACTOR 5.  SCOPE AND EFFECT - Level 5-2 - 75 POINTS

The work involves accomplishing supply functions in accordance with established policies and procedures. The work must also conform to applicable supply regulations and rules. The work affects the accuracy and reliability of further services.

FACTOR 6.  PERSONAL CONTACTS – Level 2 and Level 2(a)
FACTOR 7.  PURPOSE OF CONTACTS - Level a - 45 POINTS

Contacts are primarily with employees within the organization. Contacts outside the organization include higher headquarters, support installations, and occasionally vendors.

The purpose of contacts is to obtain, clarify or exchange facts or information.

FACTOR 8.  PHYSICAL DEMANDS - Level 8-2 - 20 POINTS

The work requires some physical exertion such as long periods of standing; recurring bending, crouching, stooping, stretching, or reaching.

FACTOR 9.  WORK ENVIRONMENT - Level 9-2 - 20 POINTS

The work environment involves some moderate risks or discomforts which require safety precautions, such as working around moving equipment or machines.

May be required to obtain and maintain the appropriate security clearance for this position.

Duties of this position require the incumbent to obtain and to retain a valid State Commercial Drivers License to operate vehicles exceeding 26,000 pounds gross weight rating; vehicles with a towed unit with a weight rating of over 10,000 pounds; vehicles used to transport 15 or more passengers; and/or any vehicle on which placards are required per 49 CFR, Part 172, Subpart F, used to transport hazardous materials.

TOTAL POINTS = 1,035

Title and grade are established in accordance with Standards and guides referred to in Item 4. These reference materials are available for your review in the Directorate of Human Resource Management.

NOTE:  Assignment to duties other than those described above for a period in excess of 30 days constitutes a misassignment and must be corrected immediately by submission of a Standard Form 52 to detail the employee to those duties.

ATTACHMENT C

(Lanford Appointment Documents)

# APPOINTMENT AFFIDAVITS

*Supply Technician*

(Position to which Appointed)

*4/18/2004*

(Date Appointed)

*99th RRC*

(Department or Agency)

(Bureau or Division)

*Conneaut Lake, Pa.*

(Place of Employment)

I, *John R. Lanford*, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; That I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which II am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointed)

Subscribed and sworn (or affirmed) before me this *4* day of, *March*, 20*04*

at *Manym*          *Oklahoma*

(City)          (State)

*M.L. Rogers #96009614*

(Signature of Officer)

(SEAL)

Commission expires *10-17-2004*

(If by a Notary Public, the date of his/her Commission should be shown)

*Dispatcher*

(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## CONDITION OF EMPLOYMENT-RESERVE MEMBERSHIP

**DIRECTIONS:** All individuals selected for positions in the United States Army Reserve Military Technician (USAR MT) Program initially hired after 1 Oct 97 who are required to maintain membership in the Selected Reserve (Troop Program Unit or Individual Mobilization Augmentee) must complete this form.

**RESERVE MEMBERSHIP REQUIREMENTS:** This requirement is governed by Public Law 104-61 (FY 96 DOD Appropriations Act), National Defense Authorization Act for FY 96, 10 USC 10216, DOD Directive 1205.18, and Army Regulation 140-315.

[ ] You are employed in a Troop Program Unit (TPU).

[ ] You must establish and maintain membership in this TPU. Loss of membership in this TPU for any reason is considered failure to maintain the Condition of Employment and is grounds for removal.

[ ] In both your military and civilian positions you must have compatible skills requirements. Any change of military or civilian position that is determined by the Civilian Personnel Office to be incompatible may be grounds for removal.

[X] You are employed in a support activity (e.g. Area Maintenance Support Activity (AMSA), Aviation Support Facility (ASF), or Equipment Concentration Site (ECS)., etc.).

[X] You must establish and maintain membership in a TPU or Individual Mobilization Augmentation (IMA) position. Loss of membership for any reason is considered failure to maintain the Condition of Employment and is grounds for removal.

[X] In both your military and civilian positions you must have compatible skill requirements. Any change of military or civilian position that is determined by the Civilian Personnel Office to be incompatible may be grounds for removal.

[X] **EMPLOYEE CERTIFICATION: I HEREBY UNDERSTAND THE CONDITION OF EMPLOYMENT.**

SIGNATURE: _John R. Lanford_ DATE: _03/02/04_

NAME: _John R. Lanford_
   (PRINT OR TYPE)

[X] **RESERVE MEMBERSHIP CERTIFICATION:**

COMMAND: _95th Av_ UNIT: _C Co, 2/379th_

UIC: _W75Z02_ DATE MEMBERSHIP ESTABLISHED: _06/30/2000_

MTOE paragraph & line #: _009K / 03_

Mil Duty MOS: _13B3H_ Mil Position Title: _Instructor/Writer_

I certify the above information is true. Employee was advised of the above conditions of employment on _____ (date). I will ensure the selectee continues to maintain Selected Reserve Membership as stated above and the failure to do so will be reported to the Civilian Personnel Office within 30 calendar days of notice of loss of reserve membership. I will ensure the technician's civilian supervisor is aware of his/her loss of membership.

SIGNATURE (CERTIFYING OFFICIAL): _____

NAME: _Sharel L. Riley 2LT, AG, XO_
   (PRINT OR TYPE)

_J.R. SHARKEY_

DATE: _06 MAR 2004_

_OK - per attached USARC email_

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Lanford | John | R | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 607½ N. Okla. | | 04/20/59 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Mangum | Okla. | 73554 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A_____)
☐ An alien authorized to work until___/___/___
(Alien # or Admission #_____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| John R. Lanford | 03/22/04 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | Okla. Drivers License | | Birth Certificate |
| Issuing authority: _____ | | | | Southwest Baptist Hospital Mangum, Okla. |
| Document #: _____ | | 081548960 | | No Number |
| Expiration Date (if any): __/__/__ | | 03/12007 | | N/A |
| Document #: _____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| A. Webug | Mike Rogers | Dispatcher |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| Mangum Police Dept | 105 S Penn Mangum, Okla 73554 | 3/24/04 |

**Section 3. Updating and Reverification.** To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:_____ Document #:_____ Expiration Date (if any):__/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

3

Standard Form 50–B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| LANFORD, JOHN R. | 411–21–4683 | 04–20–1959 | 04–18–2004 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code 101 | 5–B. Nature of Action Career–Cond Appointment | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code ZBA | 5–D. Legal Authority P.L. 106–117, Sec. 511 | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPPLY TECHNICIAN 10637 – 592314 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 2005 | 05 | 01 | $26,699.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $24,075.00 | $2,624.00 | $26,699.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | 99TH RRC ECS 103 CONNEAUT LAKE, PA 16316 CORAOPOLIS, PA          99RG |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  — 1 = None   3 = 10–Point/Disability   5 = 10–Point/Other   2 = 5–Point   4 = 10–Point/Compensable   6 = 10–Point/Compensable/30% | 2  — 0 = None   2 = Conditional   1 = Permanent   3 = Indefinite | | X YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0   Basic only | 9   Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| N   FERS and FICA–Reserve Tech | 01–27–1991 | F   Full–Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  — 1 = Competitive Service   3 = SES General   2 = Excepted Service   4 = SES Career Reserved | N   E = Exempt   N = Nonexempt | 115R2000000 | AR4570 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 421590039 | CONNEAUT LAKE / CRAWFORD / PENNSYLVANIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SAA | PON# OA | | | TDA DATA HR/W0FCAA/803J/15 |

45. Remarks

Appointment affidavit executed 24–MAR–2004.

Appointment is subject to completion of one year initial probationary period beginning 18–APR–2004.

Service counting toward career tenure from 18–APR–2004.

Selected from NCDE03601573, dated 20–JAN–2004.

OPF maintained by North Central Civilian Personnel Operations Center, Rock Island IL 61299–7650.

Frozen Service: 00 Yrs. and 00 Mos.

Creditable Military Service: 13 Yrs. and 02 Mos.

Previous retirement coverage:  Never Covered..

Employee is automatically covered under FERS.

As a condition of employment, you are required to maintain active reserve membership in the selected reserve, meet both military and civilian position skill compatibility, and satisfy the military membership requirements of AR 140–315.

| 46. Employing Department or Agency U.S. Army Reserve Command (ARHR) | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code ARHR | 48. Personnel Office ID 2241 | 49. Approval Date 04–23–2004 | Stephanie A. Andrews AUTHORIZING OFFICIAL |

5–Part 50–316

Editions Prior to 7/91 Are Not Usable After 6/30/93

4

 

## BASE SYSTEM CIVILIAN EVALUATION REPORT
For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|---|
| LANFORD, John | 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 | Supply Technician                    GS2005/05/01 |

| d. ORGANIZATION/INSTALLATION   99Th. RRC, ECS #103 (G) | e. REASON FOR SUBMISSION |
|---|---|
| 6467 Mike Wood Blvd. Conneaut Lake, Pa. 16316 | ☒ ANNUAL    ☐ SPECIAL |

| f. PERIOD COVERED (YYYYMMDD) | g. RATED MOS. | h. RATEE COPY (Check one and date) |
|---|---|---|
| FROM 2004/04/18    THRU 2004/10/31 | 6 | ☒ GIVEN TO RATEE    ☐ FORWARDED TO RATEE |

### PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE |
|---|---|---|
| STONE, Edward E. | Edward E. Stone | 12 Nov 04 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
WS6907/06/04  99th RRC, ECS #103 (G)        Materials Handler Supervisor

| b. NAME OF INTERMEDIATE RATER (Optional)(Last, First, MI) | SIGNATURE | DATE |
|---|---|---|
|  |  |  |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT

| c. NAME OF SENIOR RATER (Last, First, Middle Initial) (If used) | SIGNATURE | DATE |
|---|---|---|
| FAIRBANKS, Arnold D |  | 10 Nov 04 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
GS 1601/12  99th RRC, ECS#103(G)        ECS Manager

| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE OF RATEE | DATE |
|---|---|---|
|  | John R. Lanford | 28 Dec 04 |

### PART III - PERFORMANCE AWARD/QUALITY STEP INCREASE

| PERCENT OF SALARY(EXCLUDES Locality Pay) | % (OR) | AWARD APPROVED BY | |
|---|---|---|---|
| AMOUNT $ | (OR) | | |
| QSI (GS with Successful Level 1 Rating Only - minimum of 52 weeks must have elapsed since last QSI) TO (Grade/Step) | DATE (YYYYMMDD) | FUND CITE |

### PART IV - DUTY DESCRIPTION (Rater)

a. DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description (DA Form 374) is correct:  ☒ YES  ☐ N

Responsible for warehouse inventories, assigning locations of stored equipment, and maintaining a log of stored equipment. Also responsible for the inventory of incoming and outgoing equipment. Assists units in the withdraw and the return of loaned equipment. Maintains records of loaned equipment. Operates ULLS-G, and inputs data on ASAP program. Generates work requests for the storage branch.

b. AREAS OF SPECIAL EMPHASIS
Completes AMSS report before deadline. Assures accurate AOAP reporting. Reviews NMC Maintenance Requests regularly to assure priority jobs are being completed. Works closely with Maintenance Supply Technician to coordinate efforts.

| c. COUNSELING DATES FROM CHECKLIST/RECORD | INITIAL | LATER (Optional) | MIDPOINT 10·07 | LATER (Optional) |
|---|---|---|---|---|
|  | 20040418 |  | 20040804 |  |

### PART V - VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty |  |
| Duty |  |
| Respect | o Believes in the mission of the Army. |
| Selfless service | o Strives to put forth his best behavior. |
| Honor |  |
| Integrity | o Ready to help others. |
| Personal courage |  |

5

# DEPARTMENT OF THE ARMY
## Vacancy Announcement Number: NCDE03601573

**Opening Date:** December 29, 2003        **Closing Date:** January 11, 2004

| | |
|---|---|
| **Position:** | SUPPLY TECHNICIAN, GS-2005-4/05 |
| **Salary:** | $23,412 - $34,052 Annual |
| **Place of Work:** | 99th RRC, ECS 103; CONNEAUT LAKE, PA |
| **Position Status:** | This is a Permanent position. -- Full Time |
| **Number of Vacancy:** | 2 |

### Click on links for more information

**Duties:** Prepares, reviews and edits requisitions for completeness, accuracy and compliance with regulations; assures stock numbers, prices, sources of supply, priorities and other data are correct through the use of Army Master Data File (AMDF), Supply Bulletins (SBs), supply letters, regulations, etc. Researches stock, part or manufacturers number for hard to locate items. Compares packing lists, receipt documents, bills of lading, inspection reports, and other documents with purchase orders or requisitions to verify accuracy of stock identification, quantity, cost and other pertinent data. Assists in physical inventory of repair parts. Collects data for the preparation of Report of Survey. The work requires some physical exertion such as long periods of standing; recurring bending, crouching, stooping, stretching, or reaching. The work environment involves some moderate risks or discomforts which require safety precautions, such as working around moving equipment or machines.

### Who May Apply:
- All Federal employees serving on a career or career-conditional appointment.
- Department of Defense employees serving on a Career or Career Conditional Appointment.
- Army employees serving on career or career conditional appointments or equivalent.
- Persons with Military Spouse Preference who are in the commuting area of the place of work.
- Reinstatement eligibles.
- NAF/AAFES Interchange Agreement eligibles.
- Veterans eligible under Veterans Employment Opportunities Act of 1998. (VEOA)
- Veterans eligible as 30% Disabled Veterans.
- Veterans' Recruitment Authority (VRA).
- Employment Program for People with Disabilities eligibles.
- Interagency Career Transition Assistance Plan (ICTAP) eligibles.
- Family member employees eligible under Executive Order 12721.

**Qualifications:** Click on link below to view qualification standard.
General Schedule
- CONDITIONS OF EMPLOYMENT (RESERVE MEMBERSHIP): INDIVIDUALS NEWLY HIRED FOR MILITARY TECHNICIAN (MT) POSITIONS MUST BE ACTIVE MEMBERS OF THE US ARMY RESERVE IAW 10 USC 10216, DOD DIRECTIVE 1205-18, AND ARMY

REGULATION 140-315. IF YOU ARE NOT CURRENTLY A FEDERAL CIVILIAN EMPLOYEE IN THE MT PROGRAM, YOU MUST HAVE OR OBTAIN ARMY RESERVE MEMBERSHIP PRIOR TO YOUR ACTUAL HIRE DATE. CONTACT YOUR LOCAL US ARMY RECRUITER FOR INFORMATION ON HOW TO JOIN. ACTIVE DUTY SOLDIERS ON TERMINAL LEAVE ARE THE ONLY EXCEPTION TO THIS CONDITION OF EMPLOYMENT. THEY MAY BE HIRED WHILE IN TERMINAL LEAVE STATUS PENDING ASSIGNMENT TO THE SELECTED RESERVE. MTs constitute a part of the regular civil service and receive all the benefits accruing to Federal employees in the competitive civil service. MTs are required to maintain active Reserve membership during their employment as MT Reserve units and members thereof are subject to immediate call to active duty in the event of mobilization to meet a national emergency. Because retired military are ineligible for membership in the Ready Reserve, they are also ineligible to apply under this announcement. Retired Military personnel who are not members of the Ready Reserve may not become eligible by waiving their retired pay. Former members of the Retired Reserve who are now members of the Ready Reserve are eligible and must meet the specific condition of employment.
- GS-04: One year of general experience equivalent to the next lower grade, or 2 years of higher education above High School, or a combination of experience and education.
- GS-05: One year of experience directly related to the occupation and equivalent to the next lower grade level, or 4 years of higher education above high school, or a combination of experience and education.
- Applicants who have held a General Schedule (GS) position within the last 52 weeks must meet the Time in Grade Restriction.

**Other Information:**

- Management may select at any of the grade levels announced.
- Noncompetitive promotion potential to target grade.
- Multiple positions will be filled from this announcement.
- Permanent Change of Station (PCS) expenses are not authorized.
- Temporary Duty (TDY) travel is 5 percent.

**Other Requirements:**

- You will be required to provide proof of U.S. Citizenship.
- If selected, official college or university transcript must be submitted.
- Male applicants born after December 31, 1959 must complete a Pre-Employment Certification Statement for Selective Service Registration.
- Direct Deposit of Pay is Required.
- If selected, must be an active member of the US Army Reserve.
- You must include the announcement number on your application.
- Applicants claiming Veterans' Preference must submit required paperwork at the time of application.

**How to Apply:**

- Self-nomination must be submitted by the closing date.
- Resume must be on file in our centralized database.

---

If your resume is currently in our central database, you may click here to Self Nominate

Click here to use the Army Resume Builder to create your resume. Follow the instructions in this vacancy announcement to apply for the job.

---

Point of Contact: Nancy Cooper, NCCPOC, 309-782-6326,

THE ARMY IS AN EQUAL OPPORTUNITY EMPLOYER

ATTACHMENT D

(ECS 103 - Vacancy Chart)

ECS_103
ACTIVITY VACANCIES

| DATE | ACTION | EDATE | UNIT | POSITION | GRADE |
|------|--------|-------|------|----------|-------|
| 2002/04/19 | RECRUIT/FILL | 2002/05/05 | ECS 103 | T&P ATTD | WG-06 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | SUP TECH | GS-05 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | SUP TECH | GS-05 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | MH (MVO) | WG-06 |
| 2002/09/14 | RECRUIT/FILL | 2002/10/06 | ECS 103 | WORK ORDER CLK | GS-04 |
| 2002/09/14 | RECRUIT/FILL | 2002/10/06 | ECS 103 | SUP CLK | GS-05 |
| 2003/08/26 | RECRUIT/FILL | 2003/09/21 | ECS 103 | SUP TECH | GS-05 |
| 2003/08/26 | RECRUIT/FILL | 2003/09/21 | ECS 103 | MAT HAND (MVO) | WG-06 |



N

ATTACHMENT E

(Materials Handler (MVO) - Position Description)

# Position Description

**PD#:** DEF0770                                    **Replaces PD#:**
**Sequence#:** VARIES

## MATERIALS HANDLER (MVO)

### WG-6907-06

**Servicing CPAC:** FORT MCCOY, WI              **Agency:** VARIES
                                               **MACOM:** VARIES
                                               **Command Code:** VARIES

                                               **Region:** NORTH CENTRAL

**Citation 1:** OPM JGS MATERIALS HANDLER, 6907, SEP 90
**Citation 2:** OPM JGS MOTOR VEHICLE OPER, 5703, APR 91
**Citation 3:** OPM JGS FORKLIFT OPER, 5704, NOV 68
**PD Library PD:** NO
**COREDOC PD:** NO

**Classified By:** FT. MCCOY CPO
**Classified Date:** 09/01/1998

| | | |
|---|---|---|
| **FLSA:** NON-EXEMPT | **Drug Test Required:** VARIES | **DCIPS PD:** NO |
| **Career Program:** 00 | **Financial Disclosure Required:** NO | **Acquisition Position:** NO |
| **Functional Code:** 00 | **Requires Access to Firearms:** VARIES | **Interdisciplinary:** NO |
| **Competitive Area:** VARIES | **Position Sensitivity:** VARIES | **Target Grade/FPL:** 06 |
| **Competitive Level:** VARIES | **Emergency Essential:** VARIES | **Career Ladder PD:** YES |

**Career Pos 1:** <u>DE01U14</u> WG-6907-05
**Bus Code:** VARIES
**PD Status:** VERIFIED

**Duties:**

MAJOR DUTIES

1. Warehousing activities include the accomplishment of a complete warehousing operation

involving one or a combination of such functions as:

a. Receiving activity: Spots conveyances at proper loading locations; opens seals and doors; tallies stock in; palletizes and assembles in temporary warehousing area. Performs temporary space planning of stock location within a well defined storage and assembly plan; makes routine changes in stock location as necessary; assembles stock according to type and/or designated area.

b. Storage activity: For assigned bin or bulk area packs, unpacks, sorts, stacks, dunnages, warehouses, bins and moves items; makes routine in-storage surveillance for obvious need for preservation, maintenance, repacking, vermin control, etc., reporting findings to supervisor for action. Plans item locations within a well-prescribed overall storage plan; decides when to set up, shift and place stock in additional and/or new locations and how to consolidate and arrange items to keep aisles and other traffic areas clear of obstructions.

c. Shipping activity: Receives stock from assembly area or accomplishes movement of partial and small complete orders from one or several warehouses and consolidates for shipment; temporarily warehouses stock. Performs routine checking for maintenance, packing etc., reporting findings to supervisor. Performs temporary space planning within a well defined assembly and storage plan; makes routine changes in location. Accomplishes final loading and final tally-out in a wide variety of carriers.

d. Issuing activity: Selects items for issue and sees that items are properly assembled for issue; internally tallies out stock.
Approx. 60%

2. Operates forklifts capable of lifting loads weighing less than 10,000 pounds, as high as 168 inches, to move, load, or unload, transfer, transport, and stack or unstack palletized goods, boxes, crates, merchandise, materials and supplies from one location to another. Operates forklifts over wood, concrete, or similar type floors through narrow aisles in buildings and in rail cars and trucks. Occasionally drives outside over rough surfaces.
Approx. 20%

3. Operates motor vehicles up to and including one ton capacity to pick up and transport supplies between commercial vendors in the surrounding area, the warehouses, and/or the user work sites. May pick up and deliver supplies or other items between the immediate organization and other activities on the installation. Insures that vehicle is not loaded beyond rated capacity. Performs necessary preventive and operator maintenance and completes required vehicle records. May occasionally drive other type and size vehicles for which qualified and licensed when required by fluctuating workload.
Approx. 20%

Supports the strength maintenance effort of the unit to which assigned and the USAR by responding to questions concerning the USAR and referring individuals interested in the Reserve to appropriate recruiting and/or reenlistment authorities.

Performs other duties as assigned.

Note: Operation of a motor vehicle requires the incumbent to possess or acquire a valid U.S. Government Motor Vehicle Operators license.

## SKILL AND KNOWLEDGE

Knowledge to select specific storage locations and to determine within the general warehousing plan how to organize and arrange stock in the storage area and to store items for maximum convenience of handling and ease of movement as well as protection from damage, deterioration, and pilferage; to prepare receiving reports for locally purchased items and shipments not accompanied by a receiving voucher; to obtain items elsewhere in the local supply system when shipments or issues are short of an item.

Knowledge of central locator or other operations that maintain stock inventory and location information to determine whether or not the item is available and its location.

Knowledge to determine which docking area is most convenient for off-loading purposes; to determine when and how items are to be consolidated in holding areas for inspection, transfer, reshipment, or placement in proper storage areas; to see that shipment is unloaded in proper sequence; to designate placement of items for checking; and to flag special shipments of priority items needed to prevent work stoppages.

Knowledge to select and assemble items for shipment and issue; to determine the specific docking and holding locations most suitable for assembling each shipment as well as where conveyances will be spotted to pick them up; to segregate and move material to designated holding areas on the basis of such factors as priority shipment, type of material, mode of transportation, and specific destination; and to enter temporary storage location on shipping documents.

Knowledge required to assist during inventories, and to determine the basis for over, short, or misplaced items by checking stock status information issue requests, receiving and shipping reports, and locator records in the assigned operation.

Ability to operate a forklift. Must know how high, wide and long the forklift truck and its load are, and how much the forklift truck can lift. Based on these knowledges, must be able to tell such things as: how high and wide a doorway and an aisle must be to drive the forklift truck and its load how high and wide the shelf, bin, etc., must be to place the load; and how high the load must be lifted to reach the shelf or bin; and must also be able to tell whether the fork lift truck is able to lift the load and whether the load is properly balanced.

Must be skilled in handling controls for starting, stopping, and driving a motor vehicle. Must be skilled in properly loading and unloading vehicles and skilled in operator maintenance.

## RESPONSIBILITY

The employee receives assignments in the form of issue request documents, shipping and receiving reports, lists showing stock identification (codes, units of issue, etc.) and other similar materials relating to assigned operation; receives information on any changes in the general warehousing plan or established requirements for doing the work through discussions with, or written instructions from supervisor and carries out the sequences of assigned functions without instructions on how to do the work. The employee establishes the order in which the receiving, issuing, shipping, or storing function will be done and decides on the sequence of stocks methods, procedures, and techniques proper for the work assigned; and completes the work in its priority on a timely basis.

The employee maintains stock on docks, in holding, and in storage areas in line with good warehousing methods and practices in order to prevent damage, loss or injury to others and reports to his supervisor serious damages or deterioration of stock and conditions in the physical plant area causing storage problems, for example, unsafe dock areas, leaks, vermin, fire hazards, housekeeping, etc.

The employee must, when required to overate a forklift and/or vehicle, observe safety rules and safely handle materials; see that the forklift truck is not used to lift any more of a load than it is able to lift; and skilled in handling the controls of a motor vehicle.

Work is reviewed on the basis of results achieved, for example, how well schedules and priorities are met, extent and basis of customer complaints, accuracy of stock balances found during inventories, and whether the storage area is kept within the general warehousing plan.

## PHYSICAL EFFORT

The employee performs work on hard surfaces and in work areas that require him to stand, stoop, bend, and work in tiring and uncomfortable positions. The employee may be required to work at a rapid pace for long periods at a time. He/she frequently lifts and carries supplies, materials, and equipment that weigh up to 70 pounds and may handle items that weigh over 70 pounds when operating forklift trucks. Moderate physical effort is used in operating hand and foot controls while driving, turning, starting, and stopping the fork lift truck and raising, lowering, and tilting the loads being moved.

## WORKING CONDITIONS

Work is done inside and outside. The work inside may be in areas that are hot, cold, damp, drafty, or poorly lighted. He/she is exposed to dirt, dust, and grease. The employee is frequently exposed to the possibility of cuts, scrapes, and bruises. Broken bones may result from shifting loads, falling objects, or accidents with other moving equipment, may also be exposed to falls from ladders or injury from mechanical conveyor system or other materials handling equipment.

Note: The working conditions described were considered in the evaluation of the job.
5CFR 551 Evaluation Outline
PD #_____    PP/Series/Grade _____

___ Foreign Exemption (5 CFR 551.209)
___ Criminal Investigator with Availability Pay Exemption (5 CFR 551.210)
___ Pilot with Customs Service Exemption (5 CFR 551.210)
___ Customs Officer Exemption (5 CFR 551.211.
___ Executive Exemption
___ Exercises appropriate supervisory responsibility (primary duty)
___ Customarily and regularly exercises independent judgment
___ 80% test, if appl (GS-5/6; Sit 1 & 2 WS supervisors; law enforcement & firefighter supervisors thru GS-9)
___ Professional Exemption
___ Professional work (primary duty)
___ Intellectual and varied work (more than dealing with procedures/precedents)
___ Discretion & independent judgment
___ 80% test, if applicable (This virtually never applies since GS-5/6 positions are trainees and

other eligible
employees are not professional)
___ Administrative Exemption
___ Primary duty
___ Policy or
___ Management or general business or supporting services or
___ Participation in the executive/administrative functions of a management official
___ Nonmanual work test
___ intellectual and significant (more than dealing with procedures/precedents), or
___ specialized & technical in nature requiring considerable training/experience
___ Discretion & independent judgment
___ 80% test, if applicable
Comments/Explanations (State which major duties/job functions are Exempt):

This position is nonexempt. It does not meet exemption criteria.


**Evaluation:**

Not Listed

ATTACHMENT F

(Military Technician Program Description)

## THE HISTORY / BACKGROUND OF THE ARMY RESERVE MILITARY
## TECHNICIAN PROGRAM

The Army Reserve MT program developed following WWII when the Department of the Army realized it needed some sort of full-time support in Reserve units in order to ensure unit readiness upon mobilization. Department of the Army civilians, called unit aides, were employed for this function. A Memorandum of Understanding (MOU) between the Army and the Civil Service Commission was initially signed in 1960 which established the dual status nature of the technician program by stipulating that new technician hires should be members of the Army Reserve although it did not require membership as a condition of employment.

In 1970, the MOU was renegotiated and put into effect (1 September 1970). This MOU is still in effect today and further defines the nature of unit membership and dual status.

Congress, through a series of Appropriations Acts, significantly changed the direction and management of the MT program in a number of ways:

    (1) A MT Authorization floor was established

    (2) The same unit affiliation provision was added to the conditions of employment for MTs

Thus, three categories of MTs were established:

    (1) pre-1970 MTs with no military status requirement, if they chose not to sign a condition of employment.

    (2) pre-1983 (8 Dec 83) MTs who are required to maintain SELRES membership unless loss of military status is beyond the control of the MT;

    (3) post-1983 (9 Dec 83) MTs who must be assigned militarily to the unit in which they are employed as civilians, (unless the MT is working in a support activity, AMSA, ECS, or ASF)and who lose their civilian jobs if they lose their military status for any reason. This was later modified to read the same as pre-1983.

In 1985, OCAR became the policy and program manager and staff proponent for the MT program. By 1991, significant issues had evolved from within the MT program as expressed through a MT survey taken by OCAR. Numerous concerns and career issues surfaced which needed to be addressed with regard to the future of the Army Reserve MT program.

On 1 Dec 95, with the signing of the FY96 Appropriations Act, Congress imposed additional restrictions on the MT program. Same unit affiliation was made permanent for MTs working in TPUs, and SELRES membership was strictly required. Loss of reserve membership for any reason meant loss of MT employment. Additional requirements were also imposed with the passage of the FY96 Authorization Act. This act required compatibility between civilian and military positions for all technicians hired after 10 Feb 96. The intent of Congress became increasingly clearer: in order for

an individual to become and remain a MT, SELRES membership was paramount as a condition of employment.

On 17 Nov 1998, the FY98 National Defense Authorization Act once again emphasized the requirement for dual status. However, they removed the reference to "initial hire" employment, and anyone entering a MT position since that date must meet the current dual status requirements.

## * THE ROLE OF THE MILITARY TECHNICIAN

Each Army Reserve unit has a Full Time Support (FTS) staff that is uniquely tailored to meet the day-to-day support requirements. Military technicians, as part of the FTS workforce, play a significant role in assisting unit commanders with their readiness posture.

Historically, the Army Reserve has held to the concept that the Army Reserve should be primarily manned and commanded by citizen soldiers and that its FTS staff should consist of a small nucleus of personnel that performs the daily activities necessary to keep the unit ready. This allows the unit/command to utilize the time of its FTS staff during the week to handle operational functions and concerns while maximizing valuable Inactive Duty Training (IDT) drill time to train its soldiers to win on the battlefield.

Military Technicians work in all of the Army Reserve's functional areas. They perform the routine work and technical functions that cannot be accomplished during IDT drills, which are necessary to support the unit's administrative, logistical, and training missions. Additionally, many of these MTs represent M-Day commanders and staff officers on a day-to-day basis and act on their behalf on a broad spectrum of matters. Other MTs perform highly specialized and technical functions that are crucial to the military mission and that directly effect our soldiers' welfare and safety during training.

Military Technicians have proven to be a very stable workforce, principally because they are not required to routinely and periodically make permanent-change-of-station (PCS) moves as the military FTS category is programmed to do. This stability provides commanders with a pool of versatile FTUS employees and creates employee backgrounds with long term institutional knowledge. Thus, over the past few decades, the Army Reserve MT program has proven to be a very cost-effective source of FTUS staff. In fact, the Corporate Integrated Management Systems (CIMS) study in 1994 on the MT workforce (DoD-wide) showed that the Army Reserve MT program is the most cost effective of all components.