# Exhibit F

Page 1

```
 1
 2              DEPARTMENT OF DEFENSE
         CIVILIAN PERSONNEL MANAGEMENT SERVICE
 3        OFFICE OF COMPLAINT INVESTIGATIONS
              NATIONAL CAPITAL REGION
 4
 5
 6            FACT FINDING CONFERENCE
 7
 8             IN THE COMPLAINT OF:
 9              MS. EVELYN McKINLEY
10        ACTIVITY NUMBER:  ARMCCOY03MAR0027
11                  CONVENED AT
12         99th REGIONAL SUPPORT COMMAND
13          1605 Coraopolis Heights Road
14        Westpointe Corporate Center Three
15           Coraopolis, PA   15108-4310
16
17           Wednesday, December 3, 2003
18   BEFORE:
19   Sharon T. Jenkins
     Complaints Investigator
20   OCI-Columbia
     Columbia Corporate Park I
21   8850 Stanford Boulevard, Suite 3200
     Columbia, MD   20145-4753
22
23
```

Page 2

```
 1
 2   APPEARANCES:
 3       Neal A. Sanders, Esquire
         Law Offices of Neal A. Sanders
 4       1924 North Main Street Extension
         Butler, PA  16001
 5       Appearing on behalf of the Complainant
 6       Carla J. Hughey, Esquire
         Fort McCoy
 7       JA (AFRC-FM-JA)
         100 E. Headquarters Road
 8       Fort McCoy, WI  54656-5263
         Appearing on behalf of Respondent
 9
10   PRESENT:
11       Tom Karns, observer
12
13
...
23
```

Page 3

```
 1              I N D E X   P A G E
 2
 3                                  EXAMINATION:
 4   WITNESSES:
 5   Evelyn McKinley
 6     by Mrs. Jenkins           14, 74, 83
       by Mr. Sanders            56, 82, 84
 7     by Mrs. Hughey            77
 8   Jimmy Edward Keener
 9     by Mrs. Jenkins           85, 118
       by Mr. Sanders            107, 120
10     by Mrs. Hughey            120
11   Larry Flynn
12     by Mrs. Jenkins           123, 147
       by Mr. Sanders            138, 147
13   Mr. Hughey                  145
14   Donald Eugene Wetzel
15     by Mrs. Jenkins           150
       by Mr. Sanders            162, 167
16     by Mrs. Hughey            166
...
23
```

Page 4

```
 1                      ---
 2              P R O C E E D I N G S
 3       MRS. JENKINS: Let the record begin. Let the
 4   record begin. It is 8:53 on December 3rd, 2003.
 5   This is a Fact-Finding Conference being held at the
 6   99th Regional Support Command located in Coraopolis,
 7   Pennsylvania.
 8       This Fact-Finding Conference is to investigate
 9   the formal discrimination complaint of Miss Evelyn
10   McKinley. The agency docket number is
11   ARMCCOY03MAR0027. Again, I'm Sharon Jenkins with
12   the Department of Defense, Civilian Personnel
13   Management Service, Office of Complaint
14   Investigations.
15       This proceeding is an administrative
16   investigation conducted in accordance with Section
17   1614 of the Title 29 of the Code of Federal
18   Regulations.
19       Its purpose is to establish a record of
20   evidence relevant to the issues that the agency has
21   accepted for this investigation and to do so in a
22   manner that affords both parties a fair opportunity
23   to present their facts and position in the record.
```

Page 5

```
 1       Present at this time we have the complainant,
 2   Miss Evelyn McKinley, her representative,
 3   Mr. Neal Sanders. Mr. Tom Karns is an observer
 4   here with Miss McKinley, and the agency
 5   representative is Miss Carla Hughey.
 6       Because the complainant's allegations are made
 7   against the agency, Miss Hughey is here to
 8   represent the agency and not any specific
 9   management official.
10       Our court reporter is Donna McMullen who will
11   record the verbatim testimony of this proceeding.
12       The parties are advised that the information
13   provided here is not to be considered confidential
14   and that it may be placed in the file if shown to
15   the interested parties.
16       At this time, Miss McKinley, I'd like to swear
17   you in. Do you have any objection to swearing
18   under oath?
19       MISS MCKINLEY: No.
20       MRS. JENKINS: Raise your right hand.
21       EVELYN MCKINLEY, the Complainant herein,
22   having been first duly sworn, testified as follows:
23       MRS. JENKINS: I'm using a script format to
```

Page 122

1  Q  Whether it involves taking a phone off the wall or
2     repairing an engine or anything like that?
3  A  No.
4  Q  What's the no part?
5  A  We don't take phones off the wall. That's done by
6     the engineers.
7  Q  In order for the engineers to do it do you think the
8     engineers work off work orders? Do you think they
9     work by themselves?
10 A  Yes, they do.
11    MR. SANDERS: Thank you. That's all I have.
12    MRS. JENKINS: Any follow-up for Mr. Keener?
13    Miss Hughey?
14    MS. HUGHEY: No.
15    MRS. JENKINS: Is there anything you want to
16    add as far as your involvement with these issues
17    that we've been discussing?
18    THE WITNESS: No.
19    MRS. JENKINS: Thank you for your time. I ask
20    that you not discuss your testimony, and we will go
21    off the record.
22              (witness excused.)
23              (recess)

Page 123

1  BY MRS. JENKINS:
2  Q  We'll go on the record. The next witness is
3     Mr. Flynn. You've been called as a witness
4     regarding Miss McKinley's EEO complaint. I'll be
5     asking you questions regarding the accepted issues,
6     what knowledge do you have, if any, what was your
7     direct involvement.
8  A  Yes, ma'am.
9  Q  You're advised that the information that is provided
10    here is not considered confidential. Interested
11    parties may have access to reviewing all of the
12    testimony gathered for this complaint.
13 A  I understand.
14 Q  Do you have any objection to swearing under oath?
15 A  No, I do not.
16 Q  Please raise your right hand.
17    LARRY LEWIS FLYNN, the witness herein, having
18    been first duly sworn, testified as follows:
19              EXAMINATION
20 BY MRS. JENKINS:
21 Q  For the record please state your full name.
22 A  Larry Lewis Flynn.
23 Q  And because Miss McKinley is alleging discrimination

Page 124

1     based on sex and physical handicap please state for
2     the record your sex.
3  A  Male.
4  Q  And do you have a handicap?
5  A  No, ma'am.
6  Q  Now, what is your current position, title, series
7     and grade?
8  A  I am a heavy mobile equipment work leader and I'm a
9     WL8, Step 5.
10 Q  And the organization that you work for?
11 A  ECS103 in Geneva, Pa.
12 Q  Excuse me?
13 A  In Geneva, Pa.
14 Q  And how long have you held that position?
15 A  I think this is my third year.
16 Q  What was your work relationship with the
17    complainant?
18 A  She was in my team.
19 Q  So you were her team leader?
20 A  Yes, ma'am.
21 Q  How long were you her team leader?
22 A  '99 or 2000 to present. I'm not sure exactly.
23 Q  Have you been a team leader the entire --

Page 125

1  A  No, ma'am.
2  Q  -- three years? And who was your supervisor, your
3     first line?
4  A  Mr. Keener.
5  Q  Do you have a second line supervisor?
6  A  No, ma'am.
7  Q  The complainant alleges she has a physical handicap.
8     Do you have any knowledge of her handicap?
9  A  The day she got hurt, I -- the only knowledge I
10    know of -- I took her to the hospital personally.
11 Q  Okay.
12 A  I seen her in the shop a series of times. That's
13    all I'm aware of.
14 Q  Do you perceive her as being disabled?
15 A  I can't answer that.
16 Q  Do you know if she has provided management with any
17    documentation to support that she has a handicap?
18 A  I do not know that.
19 Q  Do you know how her injury affects her performance,
20    affects her performing the duties of her position?
21 A  I can only assume that she's having back problems
22    and there is a series of things we have to pick up,
23    so I would assume that has something to do with it.