# Exhibit G

1

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

                         -----

EVELYN L. McKINLEY,         )
                            )
     Plaintiff,             )
                            ) Civil Action
     vs.                    ) No. 04-222 E
                            )
HONORABLE LES BROWNLEE,     )
ACTING SECRETARY OF THE     )
ARMY,                       )
                            )
     Defendant.             )

                         -----
```

*COPY*

DONALD WHETZEL, a witness herein, called on behalf of the Plaintiff for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Denise E. Grumski, Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at 99th RSC ECS #103(G), 6467 Mike Wood Boulevard, Conneaut Lake, Pennsylvania, on Wednesday, July 20, 2005 at 11:07 a.m.

                         -----

```
 1              D. Whetzel - by Mr. Kovac
 2                    EXAMINATION
 3                      -----
 4   BY MR. KOVAC:
 5        Q.   I have a few questions.  Mr. Whetzel,
 6   since you arrived here at ECS 103, how many
 7   times have you been on light duty?
 8        A.   None.
 9        Q.   How many times in your career have you
10   been on light duty?
11        A.   None.
12        Q.   Is the job that you hold now, is the
13   title of this job supply technician?
14        A.   Yes.
15        Q.   What was the title of your job back in
16   New Castle from 1996 to 2000?
17        A.   Supply clerk.
18        Q.   Are the duties similar?
19        A.   Yes.  Other than just ordering parts,
20   running computers, doing paperwork.
21        Q.   So is it fair to characterize the job
22   here is the same as that held in New Castle?
23        A.   Yes.
24        Q.   A supply technician here at ECS 103 is
25   a different job than heavy equipment repair;
```

```
1              D. Whetzel - by Mr. Kovac
2    correct?
3         A.   Yes.
4         Q.   In fact, you have a different
5    supervisor; isn't that right?
6         A.   Yes.
7         Q.   Your supervisor is who?
8         A.   Perry Wood.
9         Q.   Does Perry Wood ever supervise
10   mechanics?
11        A.   No.
12        Q.   And as a supply technician you work in
13   an entirely different building than the
14   mechanics; isn't that correct?
15        A.   Yes.
16        Q.   All these people we discussed,
17   Pennington, Urbas, Lansford and Brian Serafin,
18   the stand-in individuals that were trained by
19   you --
20        A.   Yes.
21        Q.   -- why were so many people trained by
22   you?  Why so many stand-in people trained?
23        A.   Well, I would train them today, and
24   tomorrow they'd apply for another job.  They'd
25   apply for the MVO job.
```