## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, | : | Paradise Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

### ORDER OF THE COURT

AND NOW, this _____ day of _____ 2006, upon consideration of Plaintiff's Motion for Enlargement to File Opposition to Defendant's Motion for Summary Judgment, said Motion is GRANTED. Plaintiff's Opposition to Defendant's Motion for Summary Judgment and other relevant responses shall be due on or before April 17, 2006.

BY THE COURT,

_____J.