```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, | : | Paradise Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Evelyn McKinley, hereby oppose the Defendant's Motion for Summary Judgment which was made pursuant to Rule 56 of the Federal Rules of Civil Procedure as there are genuine issues of material fact as to each of the issues raised by the Defendant. The only exception to this is with respect to Plaintiff's claim of disability based harassment, which is withdrawn. In support of this opposition, Plaintiff had filed herewith Plaintiffs' Response To Defendant's Statement of Undisputed Material Facts, Plaintiffs' Statement of Additional Material Facts, the Appendix to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and the Exhibits thereto, and Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment.

```
                              RESPECTFULLY SUBMITTED,

                              LAW OFFICES OF NEAL A. SANDERS


Dated: April 17, 2006    By: /s/Neal A. Sanders
                              Neal A. Sanders, Esquire
                              PA Id. No. 54618
                              Co-Counsel for Plaintiff,
                              Evelyn McKinley


                         By: /s/ Dirk Beuth
                              Dirk Beuth, Esquire
                              PA Id. No. 76036
                              Co-Counsel for Plaintiff,
                              Evelyn McKinley

                              1924 North Main Street Ext.
                              Butler, PA 16001
                              (724) 282-7771
```