IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, | : | Paradise Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this ____ day of ____, 2006, upon due consideration of the Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, it is hereby ORDERED that said Motion is granted in part and denied in part. Said Motion is granted with respect to Plaintiff's claim of hostile environment disability discrimination. The remainder of the Defendant's Motion is denied.

BY THE COURT,


_____J.