# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, | : | Paradise Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## APPENDIX TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Document**                                                        **Exhibit No.**

Excerpts from the deposition
transcript of Luis Gomez, M.D...............1

Excerpts from the deposition
transcript of Evelyn McKinley...............2

Excerpts from the deposition
transcript of Arnold Fairbanks..............3

Dr. Welch's May 23, 2002 work excuse
slip and Dr. Gomez's May 16, 2002 slip......4

Form CA-20 dated July 12, 2002..............5

Form CA-20 dated August 19, 2002............6

Dr. Welch's March 5, 2003 letter
to Plaintiff................................7

Excerpts from the deposition
transcript of Robin Green...................8

Excerpts from the deposition
transcript of Donald Whetzel................9

Excerpts from the deposition
transcript of Charles Brumbaugh............10

ECS_103 Activity Vacancies.................11

Letter dated November 9, 2001 from
Fort McCoy to Plaintiff....................12

                                      RESPECTFULLY SUBMITTED,

                                      LAW OFFICES OF NEAL A. SANDERS

Dated: April 17, 2006        By: /s/Neal A. Sanders
                                    Neal A. Sanders, Esquire
                                    PA Id. No. 54618
                                    Co-Counsel for Plaintiff,
                                    Evelyn McKinley

                               By: /s/ Dirk Beuth
                                    Dirk Beuth, Esquire
                                    PA Id. No. 76036
                                    Co-Counsel for Plaintiff,
                                    Evelyn McKinley

                                    1924 North Main Street Ext.
                                    Butler, PA 16001
                                    (724) 282-7771