```
1                IN THE UNITED STATES DISTRICT COURT
2              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
3                              -----
4    EVELYN L. McKINLEY,         )
                                 )
5         Plaintiff,             )
                                 ) Civil Action
6         vs.                    ) No. 04-222 E
                                 )
7    HONORABLE LES BROWNLEE,     )
     ACTING SECRETARY OF THE     )
8    ARMY,                       )
                                 )
9         Defendant.             )
10                             -----
11
12
13           ARNOLD D. FAIRBANKS, a witness herein,
14   called on behalf of the Plaintiff for
15   examination, taken pursuant to the Federal
16   Rules of Civil Procedure, by and before Denise
17   E. Grumski, Registered Professional Reporter
18   and Notary Public in and for the Commonwealth
19   of Pennsylvania, at 99th RSC ECS #103(G), 6467
20   Mike Wood Boulevard, Conneaut Lake,
21   Pennsylvania, on Friday, September 9, 2005 at
22   9:04 a.m.
23                             -----
```

ORIGINAL

PLAINTIFF'S EXHIBIT 3

```
 1              A. Fairbanks - by Mr. Sanders
 2         A.   Yes.
 3         Q.   Does this talk about 6, May '03?
 4         A.   Yes.
 5         Q.   And do you recall that Flo Kinch typed
 6    this document?
 7         A.   No, she didn't.
 8         Q.   Did you type it?
 9         A.   No, I didn't.
10         Q.   Did you ever see a person typing this
11    document?
12         A.   No, I didn't.
13         Q.   Who gave you this document to sign;
14    Flo?
15         A.   No.
16         Q.   Did this come from Ft. McCoy for you to
17    sign?
18         A.   Yes, it did.
19         Q.   How do you know that?  Can you tell by
20    looking at the document that it came from
21    McCoy?
22         A.   No, I can't.
23         Q.   In fact, it's entitled Conneaut; isn't
24    it?
25         A.   Yes, it is.
```

```
 1            A. Fairbanks - by Mr. Sanders
 2       Q.  Works under general supervision of the
 3   ECS manager and maintenance supervisor.  Does
 4   it say that?
 5       A.  Yes.
 6       Q.  Have you ever been the ECS manager
 7   here?
 8       A.  I am the ECS manager here.
 9       Q.  And that has been the same since
10   November of '02?
11       A.  Yes.
12       Q.  Have you ever been the maintenance
13   supervisor?
14       A.  No.
15       Q.  Who is the current maintenance
16   supervisor?
17       A.  Junior maintenance supervisor is Jimmie
18   Keener.
19       Q.  Is that a junior?
20       A.  Yes.
21       Q.  Who is the senior maintenance
22   supervisor?
23       A.  Ed Stone.
24       Q.  Have they held those exact positions
25   since you started here?
```

```
 1              A. Fairbanks - by Mr. Sanders
 2       A.   No.
 3       Q.   Who was the maintenance supervisor when
 4  you started here in November of '02?
 5       A.   Jimmie Keener.
 6       Q.   Who was the junior?
 7       A.   There wasn't one.
 8       Q.   When did Stone get involved in the
 9  maintenance supervisor work?  What year?
10       A.   I believe it was '05.
11       Q.   Now, who currently is acting as a
12  maintenance administrative clerk here at ECS
13  103?
14       A.   No one.
15       Q.   Who is currently doing the work that
16  Smith used to do when she was here as a
17  maintenance administrative clerk?
18       A.   Several people.
19       Q.   And their names?
20       A.   Flo Kinch.
21       Q.   Well, she can't be doing it now; right?
22  You told me she left two days ago?
23       A.   Okay.
24       Q.   Who is doing it as of today?
25       A.   Jimmie Keener, Larry Flynn, Arnie
```

```
 1              A. Fairbanks - by Mr. Kovac
 2       A.  No.
 3       Q.  Are there any physical limitations with
 4   that type of job?
 5       A.  I'm sure there are.  Again, they would
 6   be listed in the announcements.
 7       Q.  So the exact job duties for a certain
 8   position are listed, where, in the actual
 9   announcements, or is there a certain manual
10   with the Army where the exact job duties are
11   listed?
12       A.  The job description that they have to
13   prequalify for are listed on the vacancy that
14   when they fill out an application or a request
15   for --
16       Q.  Now, showing you Exhibit 6, the notice
17   of proposed removal with your signature on the
18   third page, I believe you testified that Ft.
19   McCoy prepared the actual document for you; is
20   that correct?
21       A.  Yes.
22       Q.  Why is that?
23       A.  They're our personnel support.
24       Q.  In the course of your career, have you
25   had other opportunities to issue these type of
```

```
1          A. Fairbanks - by Mr. Sanders
2    documents?
3        A.   Unfortunately.
4        Q.   And have you ever personally prepared
5    those?
6        A.   No.
7        Q.   Again, why is that?
8        A.   It's Ft. McCoy's function.
9        Q.   Do you have any reason to dispute the
10   things said in that document?
11       A.   None.
12       Q.   If you wanted to, could you draft
13   yourself a notice of proposed removal and issue
14   it, or is that solely a function of Ft. McCoy?
15       A.   That's a Ft. McCoy function.
16            MR. KOVAC:  I have nothing
17   further.
18                    -----
19                  EXAMINATION
20                    -----
21   BY MR. SANDERS:
22       Q.   When was the last time that you saw a
23   supply tech vacancy announcement, what year,
24   for this location, for this site?
25       A.   I probably reviewed one in 2005.
```