DEA # AG8243913  
Lic. # MD018911Y

**DR. LUIS L. GOMEZ**
505 POPLAR ST.
MEADVILLE, PA 16335

Tel: 336 - 6068

A03-6259445

Name: Evelyn McKinley  Age:
Address:
BELOW MUST APPEAR GREEN.  Date: 5/16/02

Rx

no work until released

REFILL _____ TIMES
☐ LABEL

Luis L. Gomez M.D.

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

---

**University of Pittsburgh Physicians**
*Department of Neurological Surgery*
Part of UPMC Health System

William C. Welch, MD, FACS
UPMC Presbyterian, Suite B400
1200 Lothrop Street
Pittsburgh, PA  15213-2582
Phone 412-647-6773
MD #047686-L

A03-6259445

Name: McKinley, Evelyn  Age:
Address:  Date: 5/23/0
Refill _____ times

Rx

No to return to work for 6wks

_____, MD  DEA# _____

In order for a brand name product to be dispensed, the prescriber must handwrite "Brand Necessary" or "Brand Medically Necessary" in the space below.

Form #5028-7660-0700

**PLAINTIFF'S EXHIBIT 4**