# Exhibit 5

Attending Physician's Report

Employment Standards Administration
Office of Workers' Compensation Programs

Record of Examination

| 1. Patient's name Last | First | Middle | 2. Date of Injury mo. day yr. | 3. OWCP File Number | OMB No. 1215-0103 Expires: 9-30-91 |
|---|---|---|---|---|---|
| McKinley | Evelyn | LaRue | 04 03 01 | 030259445 | |

4. What history of injury (including disease) Did patient give you?
lifting 50# batteries - low back pain - 2 disc herniations

5. Is there any history or evidence of concurrent or pre-existing injury or disease or physical impairment? (If yes, please describe)
☐ Yes  ☒ No
ICD-9 Code

6. What are your findings? (Include results of X-Rays, laboratory reports, etc.)
MRI - disc herniation L4-5

7. What is your diagnosis?
disc herniation w/ annular tear cyst
ICD-9 Code: 722.10

8. Do you believe the condition found was caused or aggravated by an employment activity? (Please explain answer)
☒ Yes  ☐ No

9. Did injury require hospitalization? If no, go to item #12
☐ Yes  ☒ No

10. Date of admission mo. day yr.

11. Date of discharge mo. day yr.

12. Additional Hospitalization required If Yes, describe in "Remarks" (Item 25)  ☐ Yes  ☐ No

13. What treatment did you provide?
pain medication

14. Date of first examination mo. day yr.
04 03 01

15. Date(s) of treatment

16. Date of discharge from treatment mo. day yr.

17. Period of total disability
From 05 14 02  Thru unknown

18. Period of Partial Disability
From  Thru

19. Date employee able to resume light work mo. day yr.

20. Date employee is able to resume regular work mo. day yr.
error

21. Has employee been advised that he/she can return to work?
☐ Yes  ☒ No

22. If yes, on what date was he/she advised? mo. day yr.

23. If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #24 if necessary.)

24. Are any permanent effects expected as a result of this injury? If yes, describe in item #24.
☐ Yes  ☐ No

25. Remarks

26. If you have referred the employee to another physician provide the following:
Name: Dr William Welch, MD
Address: UPMC
City: Pittsburgh  State: PA  Zip:

Specialty: Neurosurgeon

27. What was the reason for this referral?
☒ Consultation  ☒ Treatment

28. I certify that the statements in response to the questions asked above are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to felony criminal prosecution.

Signature of Physician: Luis Gomez MD          Date: 7/12/02

29. Name of Physician: Luis L Gomez MD
Address: 505 Poplar St
City: Meadville  State: PA  Zip: 16335

30. Tax ID Number: 25-136-0379

31. Do you specialize?  ☐ Yes  ☒ No

32. If yes, indicate specialty

0001728

Form CA-20
Rev. Oct. 1988