# Exhibit 6

U.S. Department of Labor
Office of Workers' Compensation Programs

OMB No. 1215-0103
Expires: 9-30-91

**Record of Examination**

| 1. Patient's name    Last | First | Middle | 2. Date of Injury mo. day yr. | 3. OWCP File Number |
|---|---|---|---|---|
| McKinley | Evelyn | L | 04 02 01 | A03-0259445 |

**4. What history of injury (including disease)    Did patient give you?**

2 Lumbar disc herniations from lifting at work

**5. Is there any history or evidence of concurrent or pre-existing injury or disease or physical impairment?**
(If yes, please describe)    ☐ Yes  ☒ No

ICD-9 Code: 722.1 G

**6. What are your findings? (include results of X-Rays, laboratory reports, etc.)**

MRI - 2 disc herniations lumbar

**7. What is your diagnosis?**    ICD-9 Code:

Herniated disc w/ annular tear

**8. Do you believe the condition found was caused or aggravated by an employment activity? (Please explain answer)**
☒ Yes  ☐ No

| 9. Did injury require hospitalization? If no, go to item #12  ☐ Yes ☒ No | 10. Date of admission mo. day yr. | 11. Date of discharge mo. day yr. | 12. Additional Hospitalization required If Yes, describe in "Remarks" (Item 25)  ☐ Yes ☐ No |
|---|---|---|---|

**13. What treatment did you provide?**

Pain medication

| 14. Date of first examination mo. day yr. 04 05 02 | 15. Date(s) of treatment | 16. Date of discharge from treatment mo. day yr. |
|---|---|---|

| 17. Period of total disability From 05 14 02 Thru unknown | 18. Period of Partial Disability From mo. day yr. Thru mo. day yr. | 19. Date employee able to resume light work mo. day yr. |
|---|---|---|

| 20. Date employee is able to resume regular work mo. day yr. | 21. Has employee been advised that he/she can return to work? ☐ Yes ☒ No | 22. If yes, on what date was he/she advised? mo. day yr. |
|---|---|---|

**23.** If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #24 if necessary.)

**24.** Are any permanent effects expected as a result of this injury? If yes, describe in item #24.  ☐ Yes ☐ No

**25. Remarks**

Evelyn to have back surgery Sept 16th Dr Welch

| 26. If you have referred the employee to another physician provide the following: | Specialty |
|---|---|
| Name: Dr Wm. Welch | neurosurgeon |
| Address: UPMC | 27. What was the reason for this referral? |
| City: Pittsburgh    State: PA    Zip: | ☒ Consultation  ☒ Treatment |

**28.** I certify that the statements in response to the questions asked above are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to felony criminal prosecution.

| Signature of Physician | Date 8/19/02 |
|---|---|
| 29. Name of Physician: Luis L Gomez MD | 30. Tax ID Number: 35-136-0399 |
| Address: 505 Poplar St | 31. Do you specialize?  ☐ Yes ☒ No |
| City: Meadville    State: PA    Zip: 16335 | 32. If yes, indicate specialty |

0001723

Form CA-20
Rev. Oct. 1986