# University of Pittsburgh Physicians

*UPMC Health System*

*Department of Neurological Surgery*

March 5, 2003

**Neurological Spine Services**

UPMC Presbyterian
Suite B-400
200 Lothrop Street
Pittsburgh, PA 15213-2582
Patient Offices: 412-647-6773
Clinical Fax: 412-647-5559
Academic Offices:
412-647-0956 or
412-647-0987
Academic Fax: 412-647-0989
http://www.neuronet.pitt.edu

C. Welch, MD, FACS
Neurological Surgery
UPMC Presbyterian

Director
Neurological Spine Services

David P. Adelson, MD
Peripheral Nerve Injuries,
Pediatric Spinal Practice and
Brachial Plexus Injuries

Peter C. Gerszten, MD, MPH
Minimally Invasive and Spinal
Oncology

Amin Kassam, MD, FRCS(C)
Craniocervical Junction
Disorders

Joseph T. King, Jr., MD,
⋮ral Spinal Practice and
Outcomes Research

John J. Moossy, MD
Surgical Pain Management
Peripheral Nerve Disorders and
General Spine Practice

Art Nester, RN
Clinical Nurse

Patricia Kelly, CMA
Administrative Assistant

Jennifer Daugherty
Clinical Secretary

Mrs. Evelyn McKinley
805 French Creek Road
Utica PA 16362

Dear Mrs. McKinley:

Good news! The February 11, 2003 CT scan from UPMC Northwest shows what appears to be a solid fusion at L4-5. I think that it would be safe for you to return to a part-time, light-duty type job effective March 16, 2003.

I would be happy to review this with you. We should obtain x-rays in the fall of 2003, to document this solid fusion.

Sincerely,

William C. Welch, M.D.
Associate Professor

WCW/cap

PLAINTIFF'S EXHIBIT 7