```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3                           -----

 4    EVELYN L. McKINLEY,        )
                                 )
 5         Plaintiff,            )
                                 ) Civil Action
 6         vs.                   ) No. 04-222 E
                                 )
 7    HONORABLE LES BROWNLEE,    )
      ACTING SECRETARY OF THE    )
 8    ARMY,                      )
                                 )
 9         Defendant.            )

10                           -----

11

12

13            DONALD WHETZEL, a witness herein,

14    called on behalf of the Plaintiff for

15    examination, taken pursuant to the Federal

16    Rules of Civil Procedure, by and before Denise

17    E. Grumski, Registered Professional Reporter

18    and Notary Public in and for the Commonwealth

19    of Pennsylvania, at 99th RSC ECS #103(G), 6467

20    Mike Wood Boulevard, Conneaut Lake,

21    Pennsylvania, on Wednesday, July 20, 2005 at

22    11:07 a.m.

23                           -----

24

25
```

ORIGINAL

PLAINTIFF'S EXHIBIT 9

```
 1              D. Whetzel - by Mr. Sanders
 2         Have you had a chance to do that?
 3     A.   Yes.
 4     Q.   Turn to the last page, if you would, of
 5   Exhibit 1. Is that your signature?
 6     A.   Yes.
 7     Q.   Is that also you dating it 29, January,
 8   '96?
 9     A.   Yes.
10     Q.   Go back to Page 1, if you would, and
11   Mr. Kovac and I would refer to the blackout as
12   redacting your address. Is this document a
13   letter to you dated January 26th of '96?
14     A.   Yes.
15     Q.   Is it coming out of Fort McCoy?
16     A.   Yes, it is.
17     Q.   I assume, and I don't want to assume
18   anything, but you've never been to Fort McCoy;
19   have you?
20     A.   No.
21     Q.   Now, at the time that you got this
22   January 26, '96 letter offering you the
23   position of maintenance administrative clerk,
24   GS-303-05, you were deployed and working full
25   time, were you not, in what you and I would
```

```
 1              D. Whetzel - by Mr. Sanders
 2   call New Castle, PA?
 3        A.   Yes.
 4        Q.   Just prior to this, you had injured
 5   yourself; had you not?
 6        A.   Yes.
 7        Q.   Tell us, if you would, what part of the
 8   body you injured?
 9        A.   In 1994 I was in a bad accident, and I
10   crushed the right side of my face, broke the
11   orbital bone, crushed my thyroid.  They took a
12   bone out of my hip, put in a disk, nerve block
13   to the right side of my leg.
14        Q.   That kept you off work for one plus
15   years?
16        A.   Yeah, about a year and a half.
17        Q.   At the time you were off, you were
18   receiving workers' compensation benefits?
19        A.   Yes.
20        Q.   And just for the record, you are a male
21   individual, of course?
22        A.   Yes.
23        Q.   Now, is this letter addressed to you,
24   Donald E. Whetzel?
25        A.   Yes.
```

```
 1            D. Whetzel - by Mr. Sanders
 2       Q.   And the subject is called offer for
 3  continued employment?
 4       A.   Yes.
 5       Q.   Look at the first paragraph and tell
 6  me, Mr. Whetzel, do you agree that at the time
 7  you had that horrific accident in '94 you were
 8  a heavy mobile equipment repairer?
 9       A.   Yes.
10       Q.   And you know Evelyn McKinley obviously;
11  right?
12       A.   Yes.
13       Q.   You know her to have been a heavy
14  mobile equipment repairer; do you not?
15       A.   Yes.
16       Q.   Did you know Eve, Don, when you worked
17  in New Castle?  Did you work with her in New
18  Castle?
19       A.   I've heard of Eve, but I never knew her
20  personally.
21       Q.   You came to know her personally when
22  she started training you to work here in
23  Geneva; is that correct?
24       A.   Yes.
25       Q.   Is that the first time you ever met
```

```
 1              D. Whetzel - by Mr. Sanders
 2       Q.   You did?
 3       A.   Yes.
 4       Q.   Tell me about that.  What work did you
 5  do in New Castle on a computer?
 6       A.   I ordered parts for the facilities.
 7       Q.   So that was your primary position, job
 8  responsibility, was ordering parts?
 9       A.   Yes.  I worked in the parts room.
10       Q.   Do you work in the parts room
11  currently?
12       A.   No.
13       Q.   Now, at some point in time, if I
14  remember your testimony you gave me in '03, you
15  got a message or a call from Al Morell that
16  there was an opening for you to come to Geneva?
17       A.   He called me and told me there was an
18  opening here for the administrative job they
19  have there.
20       Q.   And the phone call you got from Al
21  Morell, do you remember what year it was?  Was
22  it '99?
23       A.   I honestly couldn't tell you.
24       Q.   When you got the phone call, Morell had
25  already left you in New Castle and gone up to
```

```
 1            D. Whetzel - by Mr. Sanders
 2   Geneva; had he not?
 3       A.   Yes.
 4       Q.   Or was he in Franklin at the time; do
 5   you know?
 6       A.   No.  He was in Geneva.
 7       Q.   And he was now in Geneva at the time of
 8   the call, and he was officing out of this
 9   office we're in today for the deposition?
10       A.   Yes.
11       Q.   Is it true that you never filled out an
12   application, an actual document, a formal
13   application, for the new clerk position, supply
14   clerk position, you now have; is that a true
15   statement?
16       A.   Again, I honestly can't remember
17   whether I did or not.
18       Q.   Well, I had asked for your file in this
19   case, and we have what they call a
20   confidentiality agreement.  So these documents
21   and medical records have all been provided to
22   me and will not go beyond anyone in this case,
23   and I did not see a formal application.
24            So as you sit here today, do you have a
25   distinct recollection as to filling out an
```

```
 1              D. Whetzel - by Mr. Sanders
 2    application for the job you have here in
 3    Geneva?
 4         A.  Not right off the top of my head.  I
 5    got a call from Mr. McCandless at the 99th
 6    telling me that I received the call.
 7         Q.  I understand that, and you told me that
 8    in '03, too, when I met you.  But I'm asking
 9    you, other than the phone call from Morell and
10    the confirming phone call from McCandless, the
11    next thing you knew you were working in Geneva;
12    is that correct?
13         A.  Yes.
14         Q.  Now, did you have to sell your home and
15    move to another home in order to take the
16    Geneva position?
17         A.  No.
18         Q.  Where were you living; closer to the
19    New Castle job or the Geneva job?
20         A.  They were both about the same distance.
21         Q.  I don't want to know the address, but
22    where do you live out of?
23         A.  Grove City.
24         Q.  Now, when you were in New Castle last,
25    whatever that year was -- well, according to
```

```
 1            D. Whetzel - by Mr. Sanders
 2   the records I have it was 2000 that you came up
 3   to Geneva.  Do you remember that?
 4        A.   Yes.
 5        Q.   And at the time you got up here to do
 6   the supply clerk job, Eve McKinley was doing
 7   it; was she not?
 8        A.   Yes.
 9        Q.   How long did she spend training you on
10   the computer here before she went back to her
11   mechanic job approximately?  Two weeks sound
12   right?
13        A.   Yeah, probably.  Yes, I would say so.
14        Q.   Could you tell me, if you remember, the
15   name of the person who replaced you in New
16   Castle as the maintenance administrative clerk?
17        A.   I don't know.  I honestly don't know.
18        Q.   If I tell you that no one replaced you,
19   do you know that to be true?
20        A.   No, I don't.
21        Q.   Have you ever been back to New Castle
22   since you came up here in 2000?
23        A.   Yeah.  I stopped in a couple times to
24   visit.
25        Q.   And you're telling me you never learned
```

```
 1              D. Whetzel - by Mr. Sanders
 2    one way or the other who took over your job in
 3    New Castle?
 4         A.   No, I don't.
 5         Q.   Is that facility still open?
 6         A.   Yes.
 7         Q.   And you were basically a parts room
 8    ordering parts person?
 9         A.   Yes.
10         Q.   And you did that for the balance of
11    '96, all of '97, all of '98, all of '99, and
12    then you came up here?
13         A.   Yes.
14         Q.   And you've been doing that job up here
15    since Eve last trained you in early 2000?
16         A.   Yes.
17         Q.   When you work here, do you get pay
18    increases or incremental increases?
19         A.   I get the same as the regular
20    mechanics, only I get half their raise.
21         Q.   So whatever the mechanics get, you get
22    half of it?
23         A.   Yes.
24         Q.   Now, do you know that to be a fact that
25    that actually is what's going on because you
```

```
 1            D. Whetzel - by Mr. Sanders
 2    were once a mechanic or because of what you
 3    know by working up here?
 4         A.   I don't understand you.
 5         Q.   That's one of those cases.  Great.  How
 6    do you know, Don Whetzel, that you're getting
 7    the correct increase, actually know it for a
 8    fact, that you're getting the correct increase
 9    up here since you got here in early 2000?  How
10    do you know that?  In other words, does Don
11    Whetzel go talk to a mechanic and say what's
12    your increase, and then you check to see if
13    yours is half of it, or you just assume that's
14    what's happening?
15         A.   That's what I assume is happening.
16    That's what I was told; I would get half the
17    increase.
18         Q.   Have you got increases since you
19    started up here in 2000?
20         A.   Yes.
21         Q.   You file tax returns every year I hope?
22         A.   Yes.
23         Q.   So we're in '05.  The last tax year
24    would have been '04.  Did you file one?
25         A.   Yes.
```

```
 1              D. Whetzel - by Mr. Sanders
 2       Q.   Ball park me.  Was it $40,000 salary
 3  plus for '04?  Was it 30,000 salary plus?
 4       A.   About 40 thousand.
 5       Q.   40,000?
 6       A.   Yes.
 7       Q.   Plus?
 8       A.   (Witness nods head affirmatively.)
 9       Q.   And is that $40,000 plus that you're
10  making now more than you made as your last time
11  in '96 as a mechanic or '94 when you had that
12  horrific accident?  Are you making more now as
13  a supply clerk than you made when you last were
14  a mechanic?
15       A.   Well, yes, with the raises and things,
16  yes.
17       Q.   Forget about raises.  Base wise, did
18  you ever make $40,000 a year when you were a
19  mechanic before the horrific accident of '94?
20       A.   No.
21       Q.   Now, when you got here in 2000, my
22  understanding is that Keener was your boss;
23  correct?
24       A.   No.  Perry Wood was my boss.
25       Q.   Is Perry still your boss?
```



**DEPARTMENT OF THE ARMY**
HEADQUARTERS FORT McCOY
SPARTA, WISCONSIN 54656-5000



REPLY TO
ATTENTION OF

January 26, 1996

Directorate of Human
  Resource Management

Subject: Offer for Continued Employment

Donald E. Whetzel


Dear Mr. Whetzel:

    Medical documentation from your on-the-job injury indicates that you are physically incapable of performing the duties of your Heavy Mobile Equipment Repairer, WG-5803-09.

    We feel that if our injured employees can be employed in another position in which they are able to physically perform, it will be of benefit to both the employee and the United States government. The 99th ARCOM, AMSA 110(G), New Castle, PA, has made a special effort to identify a position with non-strenuous duties which you would be physically capable of performing. Accordingly, this letter constitutes an offer of continued employment in a new position. The following information pertaining to the position is provided for your consideration:

    1. POSITION OFFERED: Maintenance Administrative Clerk, GS-303-05

    2. SALARY: You will be placed in indefinite pay retention at a retained rate of basic pay of $16.47 per hour. While on pay retention, you would be eligible to receive 50 percent of the amount of each increase in the maximum rate of pay for GS-5. At such time as the maximum rate of pay for GS-5 becomes equal to or exceeds your retained rate of basic pay, you would be placed in that maximum rate and pay retention would cease to apply. Your entitlement to pay retention would also cease if:

        a. You have a break in service of one or more workdays;

        b. You are demoted for personal cause or at your request;

        c. You decline a reasonable offer of a position for which the rate of basic pay is equal to or higher than your retained rate of basic pay.

*Whetzel*
**DEPOSITION EXHIBIT**
*1*
7-20-05  DEG

0000334

-2-

3. JOB DESCRIPTION: Enclosed is a copy of the Maintenance Administrative Clerk, GS-303-05, job description.

A copy of this letter will be sent to the Office of Workers' Compensation, Gateway Bldg., Room 15200, 3535 Market Street, Philadelphia, PA 19104. If you decline this offer of continued employment, the Department of Labor would determine if you are eligible for compensation. You should contact the Fort McCoy Workers' Compensation Office, (608) 388-2586, with any questions you may have concerning compensation benefits.

You are requested to complete the attached statement indicating whether or not you accept the position offer and return it to this office by close of business February 5, 1996. Failure to respond by February 5, 1996 will be considered a negative reply.

Questions concerning this position offer should be directed to the undersigned at (608) 388-2586.

Sincerely,

Richard S. Keller
Management Employee
Relations Specialist

Enclosure

Copy Furnished:
OPF
99th ARCOM
OWCP

0000335

__X__ I **accept** the position of Maintenance Administrative Clerk, GS-303-05

_____ I **do not accept** the position of Maintenance Administrative Clerk, GS-303-05

_Donald E. Whetzel_          _29 JAN 96_
DONALD E. WHETZEL              DATE

0000336