```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

                            -----

EVELYN L. McKINLEY,        )
                           )
     Plaintiff,            )
                           ) Civil Action
     vs.                   ) No. 04-222 E
                           )
HONORABLE LES BROWNLEE,    )
ACTING SECRETARY OF THE    )
ARMY,                      )
                           )
     Defendant.            )

                            -----
```

ORIGINAL

CHARLES R. BRUMBAUGH, a witness herein, called on behalf of the Plaintiff for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Denise E. Grumski, Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at 99th RSC ECS #103(G), 6467 Mike Wood Boulevard, Conneaut Lake, Pennsylvania, on Wednesday, July 20, 2005 at 9:02 a.m.

-----

PLAINTIFF'S EXHIBIT 10

```
 1            C. Brumbaugh - by Mr. Sanders
 2       Q.  When you use this word mechanic, is
 3   that interchangeable with the mobile equipment
 4   operator?
 5       A.  Yes, sir.
 6       Q.  Jimmie Keener, are you familiar with
 7   that name?
 8       A.  Yes, sir.
 9       Q.  Ed Stone?
10       A.  Yes.
11       Q.  Dick Moss?
12       A.  Yes.
13       Q.  Marge White?
14       A.  Yes.
15       Q.  Now, Morell, did he have a nickname
16   Mickey?
17       A.  Yes, sir.
18       Q.  Were you aware from working with Eve
19   McKinley that she had been detailed in 1998,
20   October of '98, to February 14th of 2000 as a
21   supply clerk?
22       A.  Yes.
23            (Deposition Exhibit No. 1 was
24   marked for identification.)
25       Q.  Let me show you what we've marked as
```

```
 1            C. Brumbaugh - by Mr. Sanders
 2    Brumbaugh Exhibit No. 1.  This is a memo from
 3    Keener to McKinley on the Franklin,
 4    Pennsylvania letterhead.  Do you have that
 5    document in front of you?
 6         A.  Yes, sir.
 7         Q.  And take a moment, if you would, and
 8    read this to yourself.
 9         A.  Yes, sir.
10         Q.  Have you had a chance to do that?
11         A.  Yes, sir.
12         Q.  Do you know who the Wood is that Keener
13    is referring to?
14         A.  Perry Wood, III.  He is like at the
15    present time activated.
16         Q.  If I tell you that Perry before he was
17    activated was Don Whetzel's supervisor here at
18    ECS 103, do you know that to be accurate?
19         A.  Yes.
20         Q.  And Perry is, what, P-e-r-r-y?
21         A.  Yes.  Yes, sir.
22         Q.  This position that they're referring to
23    that Eve McKinley was given as a supply clerk,
24    do you understand that position eventually was
25    given to Don Whetzel?
```

```
 1            C. Brumbaugh - by Mr. Sanders
 2      A.   Yes.
 3      Q.   Now, this says Franklin, in the
 4  letterhead, Pennsylvania.  Were you aware at
 5  some point between '98, October, and February
 6  of 2000 that you all moved from Franklin to
 7  Geneva?
 8      A.   Yes, we did.
 9      Q.   When that move occurred, Eve McKinley
10  continued that supply clerk position until
11  Whetzel came to Geneva?
12      A.   Yes.  The only thing is I didn't work
13  here as long.  I was still working Franklin
14  back and forth moving equipment, and I didn't
15  really start here until about middle of January
16  of 2000 because of our constant rotation of
17  equipment.
18      Q.   My point is that when Eve was given
19  this position, she was taken away from working
20  for you as a mobile person mechanic, as you
21  call it, and put on this supply clerk position;
22  was she not?
23      A.   Yes, sir.
24      Q.   And when that happened, to your
25  knowledge, if you remember, were there
```