ECS_103
ACTIVITY VACANCIES

| DATE | ACTION | EDATE | UNIT | POSITION | GRADE |
|---|---|---|---|---|---|
| 2002/04/19 | RECRUIT/FILL | 2002/05/05 | ECS 103 | T&P ATTD | WG-06 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | SUP TECH | GS-05 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | SUP TECH | GS-05 |
| 2002/07/20 | RECRUIT/FILL | 2002/08/11 | ECS 103 | MH (MVO) | WG-06 |
| 2002/09/14 | RECRUIT/FILL | 2002/10/06 | ECS 103 | WORK ORDER CLK | GS-04 |
| 2002/09/14 | RECRUIT/FILL | 2002/10/06 | ECS 103 | SUP CLK | GS-05 |
| 2003/08/26 | RECRUIT/FILL | 2003/09/21 | ECS 103 | SUP TECH | GS-05 |
| 2003/08/26 | RECRUIT/FILL | 2003/09/21 | ECS 103 | MAT HAND (MVO) | WG-06 |



PLAINTIFF'S EXHIBIT 11