


**DEPARTMENT OF THE ARMY**
HEADQUARTERS, FORT McCOY
FORT McCOY, WISCONSIN 54656-5150

November 9, 2001

REPLY TO
ATTENTION OF

Directorate of Human Resources
and Community Services

Evelyn L. McKinley
Rural Route 1, Box 123T
Utica, PA  16362

Dear Ms. McKinley:

    This letter is to advise you of the availability of light duty. Your Heavy Mobile Equipment Repairer, WG-8, position has been modified to accommodate your return to duty with limited duties and physical limitations as follows:

    DUTIES: You will answer incoming telephone calls taking messages and referring caller to appropriate person. You will also prepare DD Form 314s, envelopes for maintenance requests, and other documentation as required by ECS 103. You will also be responsible for filing documentation as required.

    WORKING CONDITIONS: Work is performed inside in an office/shop atmosphere.

    PHYSICAL REQUIREMENTS: Intermittent sitting, walking, standing, twisting. You will also be allowed to lift intermittently items weighing 10 pounds or less.

    This position is available immediately working 5 days per week, 8 hrs per day. You are expected to report for work to the 99th RSC, ECS 103, Conneaut Lake, PA on November 19, 2001 at 0700 hours. Your pay will continue at $18.84 per hour.

    If you decide to accept this offer please report back to work on November 19, 2001. If your decision is to decline this offer and not report back to work please complete the enclosed declination statement and return it to this office no later than November 16, 2001. Failure to notify this office of your decision will constitute a rejection of a re-employment offer and may serve as a legal basis for OWCP to terminate compensation benefits.

025


PLAINTIFF'S EXHIBIT 12

If you have any questions regarding your workers' compensation benefits or this job offer, please contact Sandy Olson at (608) 388-5250.

Sincerely,

*Dawn E Pastick*
Dawn E. Pastick
Personnel Management Specialist

Enclosure
CF:  OWCP
     99th RSC

026

DECLINATION STATEMENT
Evelyn L. McKinley
Case #A03-0259445

I decline this light duty job offer. I fully understand the consequence that if I decline the job offer and OWCP determines that this is a job that I can perform, that I may be denied compensation benefits.

_____          _____
SIGNATURE
DATE

Please fax your declination to (608) 388-5113, no later than November 16, 2001.

027