IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN McKINLEY, | ) |
| | ) Civil Action No. 04-222E |
| Plaintiff, | ) |
| | ) Judge McLaughlin |
| | ) Chief Magistrate Judge |
| v. | ) Susan Paradise Baxter |
| | ) |
| R. L. BROWNLEE, Acting | ) |
| Secretary of the Army, | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2006,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment and Plaintiff's Additional Statement of Facts shall be filed no later than May 1, 2006.

                                    _____
                                    CHIEF MAGISTRATE JUDGE

cc: All counsel