# Exhibit H

Case 1:04-cv-00222-SJM-SPB    Document 42-3    Filed 05/01/2006    Page 1 of 3

## Page 2

APPEARANCES:
    Neal A. Sanders, Esquire
    Law Offices of Neal A. Sanders
    1924 North Main Street Extension
    Butler, PA 16001
    Appearing on behalf of the Complainant

    Carla J. Hughey, Esquire
    Fort McCoy
    JA (AFRC-FM-JA)
    100 E. Headquarters Road
    Fort McCoy, WI 54656-5263
    Appearing on behalf of Respondent

PRESENT:
    Tom Karns, observer

## Page 3

### INDEX PAGE

EXAMINATION:

WITNESSES:
Evelyn McKinley
  by Mrs. Jenkins    14, 74, 83
  by Mr. Sanders    56, 82, 84
  by Mrs. Hughey    77
Jimmy Edward Keener
  by Mrs. Jenkins    85, 118
  by Mr. Sanders    107, 120
  by Mrs. Hughey    120
Larry Flynn
  by Mrs. Jenkins    123, 147
  by Mr. Sanders    138, 147
  Mr. Hughey    145
Donald Eugene Wetzel
  by Mrs. Jenkins    150
  by Mr. Sanders    162, 167
  by Mrs. Hughey    166

## Page 4

---

PROCEEDINGS

    MRS. JENKINS: Let the record begin. Let the record begin. It is 8:53 on December 3rd, 2003. This is a Fact-Finding Conference being held at the 99th Regional Support Command located in Coraopolis, Pennsylvania.

    This Fact-Finding Conference is to investigate the formal discrimination complaint of Miss Evelyn McKinley. The agency docket number is ARMCCOY03MAR0027. Again, I'm Sharon Jenkins with the Department of Defense, Civilian Personnel Management Service, Office of Complaint Investigations.

    This proceeding is an administrative investigation conducted in accordance with Section 1614 of the Title 29 of the Code of Federal Regulations.

    Its purpose is to establish a record of evidence relevant to the issues that the agency has accepted for this investigation and to do so in a manner that affords both parties a fair opportunity to present their facts and position in the record.

## Page 5

    Present at this time we have the complainant, Miss Evelyn McKinley, her representative, Mr. Neal Sanders. Mr. Tom Karns is an observer here with Miss McKinley, and the agency representative is Miss Carla Hughey.

    Because the complainant's allegations are made against the agency, Miss Hughey is here to represent the agency and not any specific management official.

    Our court reporter is Donna McMullen who will record the verbatim testimony of this proceeding.

    The parties are advised that the information provided here is not to be considered confidential and that it may be placed in the file if shown to the interested parties.

    At this time, Miss McKinley, I'd like to swear you in. Do you have any objection to swearing under oath?

    MISS MCKINLEY: No.

    MRS. JENKINS: Raise your right hand.

    EVELYN MCKINLEY, the Complainant herein, having been first duly sworn, testified as follows:

    MRS. JENKINS: I'm using a script format to

Buckler Court Reporters & Associates
(412) 471-3117

Page 154

1  A   No. If you got back injuries I know you're
2      limited.
3  Q   And I think you indicated that you had a back
4      injury, correct?
5  A   Yes.
6  Q   Did your back injury limit the performance of your
7      duties?
8  A   Yes.
9  Q   How?
10 A   Well, when I first come to work for the government
11     I was a mechanic.
12 Q   And when was that?
13 A   That was in 1972.
14 Q   Okay.
15 A   And then in November of '94 I was in a bad accident
16     that involved a government vehicle, and I was
17     thrown out of the vehicle. My right side of my
18     face was all crushed (indicating). My thyroid
19     crushed. I had a disk taken from my neck, bone
20     from my hip put in my neck, nerve block down the
21     right side of my leg. I was off work for a year
22     and half.
23 Q   Were you employed -- where were you employed at that

Page 155

1      time?
2  A   At AMSA 110 in New Castle, Pennsylvania.
3  Q   And when did you return back to work from that
4      injury?
5  A   In 1996.
6  Q   Where were you working in '96?
7  A   In New Castle.
8  Q   In New Castle?
9  A   Yes.
10 Q   And that's not -- is that connected at all with --
11 A   Yeah, it's all the government. It's all the same
12     thing.
13 Q   Is it part of the organization here?
14 A   It's all part of the 99th.
15 Q   So you returned back to work in '96?
16 A   Yes.
17 Q   And at that time who was your supervisor?
18 A   Albert Morell.
19 Q   He was your first line?
20 A   Pardon me?
21 Q   He was your first line supervisor?
22 A   Yes.
23 Q   In '96?

Page 156

1  A   Umm-hmm.
2  Q   When you returned back to work were you put on light
3      duty?
4  A   When I come back to work they offered me a job in
5      the -- as a supply tech and because I didn't want
6      disability I fought with them for a while and told
7      them I didn't want it. They called me and told me
8      they had a job opening as a supply tech in New
9      Castle, asked me if I'd be willing to take that.
10     And I told them yes, I would. Like I said, I
11     didn't want disability.
12 Q   Do you recall who offered you that supply tech
13     position?
14 A   Well, it was -- Mr. Morell called me at home and
15     told me that -- I don't know. Him and the RSC and
16     whoever was authorized to do that had said the job
17     opening was there if I wanted it.
18 Q   Did you have to apply for it? Was it a competitive
19     position? Do you recall applying for it?
20 A   They asked me if I was interested in taking the
21     job, and I told them, "yes."
22 Q   And that was supply clerk 5?
23 A   Yes.

Page 157

1  Q   And what was your grade prior to that?
2  A   As a GS9 or I'm sorry, WG9.
3  Q   WG9?
4  A   Yes.
5  Q   So you went from a WG9 to a GS5?
6  A   Yes.
7  Q   When you said that they were trying to get you to
8      take disability?
9  A   Well, they told me I could take disability if I
10     wanted. I didn't want disability.
11 Q   Who told you you could take disability?
12 A   Mr. Morell.
13 Q   Do you mean disability retirement?
14 A   Yes. And I didn't want to go on it. I don't want
15     to look over my shoulder all the time to see if
16     somebody's watching me do something. I'm just not
17     that way.
18 Q   So you said you didn't want to take disability
19     retirement. Mr. Morell called you at home and
20     offered you the supply tech position?
21 A   Umm-hmm.
22     MR. SANDERS: Was that a yes?
23     THE WITNESS: Yes.

40 (Pages 154 to 157)