# Exhibit L

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3  - - -

4
EVELYN L. McKINLEY,                    )
5                                       )
       Plaintiff,                       )
6                                       ) Civil Action
    vs.                                 ) No. 04-222E
7                                       )
HONORABLE LES BROWNLEE,                 )
8  ACTING SECRETARY OF THE ARMY,        )
                                        )
9       Defendant.                      )

10

    - - -

11

    Deposition of ROBIN L. GREEN

12

    Thursday, November 17, 2005

13

    - - -

14

       The deposition of ROBIN L. GREEN, called as a witness by
15  the defendant, pursuant to notice and the Federal Rules of Civil
    Procedure pertaining to the taking of depositions, taken before
16  me, the undersigned, Darla J. Carabotta, Notary Public in and
    for the Commonwealth of Pennsylvania, at the offices of the
17  United State Attorney, 17 South Park Row, Room A-330, Erie,
    Pennsylvania 16507, commencing at 10:30 o'clock a.m., the day
18  and date above set forth.

19  - - -

20  COMPUTER-AIDED TRANSCRIPTION BY
    MORSE, GANTVERG & HODGE, INC.
21  ERIE, PENNSYLVANIA
    814-833-1799

22  - - -

23

24

25

**ORIGINAL**

1    A.    I always do that, that is part of my job, is to secure

2  work capabilities and to talk with the agency about what is

3  available.

4    Q.    And did you ever find another position after talking to

5  the agency for Ms. McKinley?

6    A.    To the best of my knowledge, no.

7    Q.    And are you testifying that there was never one

8  available for her, or you can not remember, or what do you mean?

9    A.    To the best of my memory, and it's by memory, because I

10  have no records, I remember talking with Fort McCoy, and at

11  first there was no answer.  And I also remember that

12  representatives from the Department of Labor had contacted them

13  as well in terms of having a decision regarding a permanent

14  position.  I was later advised by the Department of Labor to

15  close my medical file.  At that point I did not have her back to

16  work.

17    Q.    So are you saying there was no permanent position

18  available?

19    A.    Not when my field nurse file was closed, there was no

20  permanent position for her.

21    Q.    And during what time period was this, after her back

22  surgery?

23    A.    Yes.

24    Q.    And was it during a time period where Ms. McKinley's

25  doctors had approved her to go back to work?