```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


EVELYN McKINLEY,              )
                              )   Civil Action No. 04-222E
        Plaintiff,            )
                              )   Chief Magistrate Judge
                              )   Susan Paradise Baxter
        v.                    )
                              )   Judge Sean McLaughlin
R. L. BROWNLEE, Acting        )
Secretary of the Army,        )   ELECTRONICALLY FILED
                              )
        Defendant.            )
```

**DEFENDANT'S ADDITIONAL APPENDIX OF EXHIBITS (H-M)
IN SUPPORT OF SUMMARY JUDGMENT MOTION**

```
                              Respectfully submitted,


                              MARY BETH BUCHANAN
                              United States Attorney


Of Counsel:
                              s/Paul D. Kovac
Major Kwasi Hawks             PAUL D. KOVAC
U.S. Army                     Assistant U.S. Attorney
Litigation Attorney           700 Grant Street, Suite 4000
                              Pittsburgh, PA 15219
                              (412) 894-7489

                              Counsel for Defendant


Dated:  May 1, 2006
```