```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| | : | |
| Plaintiff, | : | Civil Action No. 04-222 E |
| | : | |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, | : | Paradise Baxter |
| ACTING SECRETARY OF THE ARMY, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

**ORDER**

    AND NOW, this _____ day of January, 2007, based upon Plaintiff's Objections to Magistrate Judge's Report and Recommendation it is hereby ORDERED that the Report and Recommendation is modified and the Defendant's Motion for Summary Judgment is hereby DENIED. The Court will hold a Status Conference on _____, 2007, at _____.

                                                BY THE COURT,


                                      _____J.