## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN L. McKINLEY, | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | Civil Action No. 04-222 E |
| vs. | : | Hon. Judge Sean J. McLaughlin |
| | : | Hon. Mag. Judge Susan |
| HONORABLE LES BROWNLEE, ACTING SECRETARY OF THE ARMY, | : | Paradise Baxter |
| | : | Electronically Filed |
| Defendant. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Evelyn L. McKinley, Plaintiff in this action, hereby appeals pursuant to F.R.A.P. 3 and 4 to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of Court dated February 6, 2007 by the Honorable United States Judge Sean J. McLaughlin.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: February 26, 2007

By: /s/ Neal A. Sanders
Neal A. Sanders, Esquire
PA ID NO. 54618
Co-Counsel for Plaintiff,
Evelyn L. McKinley

By: /s/ Dirk D. Beuth
Dirk D. Beuth, Esquire
PA ID NO. 76036
Co-Counsel for Plaintiff,
Evelyn L. McKinley

1924 North Main Street Ext.
Butler, PA 16001
(724) 282-7771