```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      #  07000203  -  JD
          March 1, 2007


    Code    Case #    Qty      Amount

   APPEAL D ca-04-222e   1 @  455.00
                              455.00 CC


   TOTAL→                     455.00



   FROM: NEAL SANDERS
         LAW OFFICE
```

CA 04-222 E
appeal filing fee
455.00
receipt #
07-203